UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23527-CIV-WILLIAMS

RICHARD M. BUSH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BLINK CHARGING COMPANY et al.,

Defendants.

**[PROPOSED] ORDER ESTABLISHING
SCHEDULE AND CONSOLIDATING ACTIONS**

THIS MATTER came before the Court on the Joint Motion of Plaintiff Richard Bush and Defendants Blink Charging Company, Michael D. Farkas, and Michael P. Rama for Schedule to File an Amended Complaint and to Consolidate Actions. Having reviewed the Motion, having found good cause to grant the relief requested, and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Defendants are excused from having to answer or otherwise respond to the Complaint for Violation of the Federal Securities Laws [ECF No. 1].

3. Within ten days of entry of an order appointing a lead plaintiff and lead plaintiff's counsel, lead plaintiff's counsel and Defendants' counsel shall confer and submit to the Court a proposed schedule that: (i) sets a deadline for lead plaintiff file an amended complaint or notify Defendants in writing that the lead plaintiff intends to rely on the initial complaint; and (ii) for Defendants' to respond to the operative complaint and, if a motion to dismiss is filed, deadlines for the filing of opposition and reply briefs.

4. The action styled *Vittoria v. Blink Charging Co. et al.*, Case No. 1:20-cv-23643 is hereby consolidated for all purposes, including pretrial proceedings and trial, under Case No. 20-cv-23527, pursuant to Federal Rule of Civil Procedure 42(a).

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 20-cv-23527.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____ 2020.

_____
Hon. Kathleen M. Williams
United States District Judge

Copies furnished to:
Counsel of Record