**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-23527-CIV-WILLIAMS

RICHARD M. BUSH,

    Plaintiff,

vs.

BLINK CHARGING CO., *et al.*,

    Defendants.
    _____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion for Schedule to File an Amended Complaint and to Consolidate Actions. (DE 14). Having reviewed the Motion, having found good cause to grant the relief requested, and being otherwise duly advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion (DE 14) is **GRANTED**.
2. Defendants are excused from having to answer or otherwise respond to the current Complaint (DE 1).
3. Within ten (10) days of entry of an order appointing a lead plaintiff and lead plaintiff's counsel, lead plaintiff's counsel and Defendants' counsel shall confer and submit to the Court a proposed schedule that: (i) sets a deadline for lead plaintiff to file an amended complaint or notify Defendants and the Court in writing that the lead plaintiff intends to rely on the initial complaint; and (ii) for Defendants to respond to the operative complaint and, if a motion to dismiss is filed, deadlines for the filing of opposition and reply briefs.

4. The later-filed action styled *Vittoria v. Blink Charging Co., et al.*, Case No. 1:20-cv-23643-KMW is hereby **CONSOLIDATED** for all purposes, including pretrial proceedings and trial, under Case No. 20-cv-23527-KMW, pursuant to Federal Rule of Civil Procedure 42(a).

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 20-cv-23527-KMW.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE