UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| RICHARD M. BUSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,<br><br>Defendants. | Case No.  1:20-cv-23527-KMW<br><br>**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF  TIANYOU (STEVEN) WU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Jayne A. Goldstein, hereby declare as follows:

1.      I am an attorney with Shepherd, Finkelman, Miller & Shah, LLP ("SFMS"), counsel on behalf of Tianyou (Steven) Wu ("Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz LLP ("Pomerantz") and as Lead Counsel, and SFMS as Liaison Counsel, for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release announcing the pendency of the above-captioned action; |
| Exhibit B: | Shareholder Certification executed by Movant; |
| Exhibit C: | Loss chart of Movant; |
| Exhibit D: | Declaration executed by Movant; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of SFMS. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 23, 2020, at Delray Beach, Florida.

/s/ Jayne A. Goldstein
Jayne A. Goldstein

1