# EXHIBIT A

**BLOCK & LEVITON LLP**

# LAWSUIT FILED: Block & Leviton LLP Announces that it Has Filed a Lawsuit Against Blink Charging Co. for Securities Fraud; Shareholders Should Contact the Firm

f ▼ in G+ ⑭    @ Email    🖶 Print Friendly    ⌁ Share



August 24, 2020 20:15 ET | **Source:** Block & Leviton LLP

BOSTON, Aug. 24, 2020 (GLOBE NEWSWIRE) -- Block & Leviton LLP (**www.blockleviton.com**), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Blink Charging Co. (NASDAQ: BLNK) and certain of its executives for securities fraud. ***The lead plaintiff deadline is October 23, 2020.*** Investors who purchased Blink Charging shares between March 6, 2020 and August 19, 2020 and who lost money are encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at **cases@blockleviton.com**, or at **https://www.blockleviton.com/cases/blink**.

On August 19, 2020, analyst Culper Research issued a report on Blink Charging, contending that "the Company has vastly exaggerated the size of its EV charging network in order to siphon money from the pockets of investors to insiders. Blink claims that 'EV drivers can easily charge at any of its 15,000 charging stations' but we estimate the Company's functional public charging station network consists of just 2,192 stations, a mere 15% of this claim." Culper continued that its "investigators confirmed what Blink's financials already suggest: almost no one uses Blink's charging stations, many of which are in utterly decrepit condition." On this news, the price of Blink Charging shares fell precipitously over the following trading days.

The lawsuit was filed in the United States District Court for the Southern District of Florida, in Miami, FL. The case is captioned *Bush v. Blink Charging Co., et al.*, No. 1:20-cv-23527 (S.D. Fla.). No judge has yet been assigned to the case.

If you purchased or acquired shares of Blink Charging between March 6, 2020 and August 19, 2020 and lost money, please contact Block & Leviton attorneys at (617) 398-5600, via email at **cases@blockleviton.com**, or at **https://www.blockleviton.com/cases/blink**. The deadline to seek appointment as lead plaintiff is October 23, 2020.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: **cases@blockleviton.com**
SOURCE: Block & Leviton LLP
**www.blockleviton.com**

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2020 GlobeNewswire, Inc. All Rights Reserved.