# EXHIBIT C

**Blink Charging Co. (BLNK)**
**Class Period: March 6, 2020 to August 18, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 65-Day Mean Price $8.3712 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wu, Tianyou | 8/17/2020 | 2,000 | $10.7000 | ($21,400) | 8/17/2020 | (1,000) | $10.9600 | $10,960 | | | |
| Wu, Tianyou | 8/17/2020 | 2,000 | $10.8200 | ($21,640) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 3,000 | $10.8500 | ($32,550) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 4,000 | $10.8800 | ($43,520) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 4,800 | $10.5800 | ($50,784) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 2,055 | $10.5800 | ($21,742) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 7 | $10.6000 | ($74) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 2,000 | $10.6300 | ($21,260) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 4,000 | $10.8200 | ($43,280) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 1,455 | $10.8500 | ($15,787) | | | | | | | |
| Wu, Tianyou | 8/17/2020 | 360 | $10.7500 | ($3,870) | | | | | | | |
| **Wu, Tianyou** | | **25,677** | | **($275,907)** | | **(1,000)** | | **$10,960** | **24,677** | **$206,576** | **($58,371)** |

*Avg Closing Prices from August 19 to October 22, 2020                    1 of 1