## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
Case Nos. 1:20-cv-23527-KMW-EGT and 1:20-cv-23643-KMW-EGT
(Judge Kathleen M. Williams and Magistrate Judge Edwin G. Torres)

| | |
|---|---|
| RICHARD M. BUSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,<br><br>Defendants. | Case No. 1:20-cv-23527-KMW-EGT |
| GINA F. VITTORIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLINK CHARGING CO., MICHAEL D. FARKAS, and MICHAEL P. RAMA,<br><br>Defendants. | Case No. 1:20-cv-23643-KMW-EGT |

### NOTICE OF NON-OPPOSITION OF HAMIT TAMER ADIGUZEL TO COMPETING LEAD PLAINTIFF MOTIONS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Movant Hamit Tamer Adiguzel ("Movant") respectfully does not oppose the competing motions for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of selection of Lead Counsel. On October 23, 2020, Movant timely filed a motion for consolidation of the Actions, appointment as Lead Plaintiff, and approval of selection of counsel, stating that he suffered

1

losses of approximately $18,827.07 in connection with his purchases of Blink Charging Company securities from March 6, 2020 and August 19, 2020, inclusive. Similar motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated:  November 6, 2020                    Respectfully submitted,

                                            */s/ Cullin O'Brien*____
                                            Cullin O'Brien
                                            Florida Bar No. 0597341
                                            CULLIN O'BRIEN LAW, P.A.
                                            6541 NE 21st Way
                                            Fort Lauderdale, Florida 33308
                                            Tel: (561) 676-6370
                                            Fax: (561) 320-0285
                                            E-mail: cullin@cullinobrienlaw.com

                                            *Liaison Counsel for Movant*

                                            Shannon L. Hopkins

LEVI & KORSINSKY, LLP
1111 Summer Street, Suite 403
Stamford, CT 06901
Tel: 203-992-4523
Fax: 212-363-7171
Email: shopkins@zlk.com

*Counsel for Movant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on November 6, 2020, I electronically filed the foregoing

document with the Clerk of the Court CM/ECF.

*/s/ Cullin O'Brien*
Cullin O'Brien
