UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD M. BUSH, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,<br><br>      Defendants. | Case No. 1:20-cv-23527-KMW<br><br>CLASS ACTION |

# NOTICE OF NON-OPPOSITION OF MOVANT MARK J. FRIEDMAN TO COMPETING MOTIONS TO: APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL

On October 23, 2020, Mark J. Friedman ("Movant") pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order: (1) appointing Movant as Lead Plaintiff; and (2) approving Movant's selection of Counsel. Dkt. No. 20.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: November 6, 2020  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq., Fla. Bar No. 0182877
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Mark J. Friedman*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen