UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD M. BUSH, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,<br><br>                        Defendants. | Case No.  1:20-cv-23527-KMW<br><br>NOTICE OF NON-OPPOSITION TO APPOINTMENT OF ALEXANDER YU, H. MARC JOSEPH, AND TIANYOU (STEVEN) WU AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL |

Lead Plaintiff Movants Alexander Yu ("Yu"), H. Marc Joseph ("Joseph"), and Tianyou (Steven) Wu ("Wu" and, collectively with Yu and Joseph, "Movants") respectfully request that the Court appoint Movants as Co-Lead Plaintiffs and approve their selection of Co-Lead Counsel. Movants undisputedly claim the "largest financial interest" in this matter. No party challenges Movants' typicality or adequacy. Finally, none of the competing movants oppose Movants' appointment.[1]

On October 23, 2020, Yu and Joseph timely filed their Motion for Appointment as Lead Plaintiff and Approval of Counsel, asserting that Yu and Joseph had suffered financial losses of $103,583 in connection with Yu and Joseph's purchases of the securities of Blink Charging Company ("Blink") between March 6, 2020, and August 19, 2020, inclusive (the "Class Period") and showing that Yu and Joseph were typical and adequate class representatives. ECF No. 22. On that same day, Wu timely filed his Motion for Appointment as Lead Plaintiff and Approval of Counsel, asserting that he had suffered financial losses of $58,371 in connection with his purchases of Blink securities during the Class Period and showing that Wu is a typical and adequate class member. ECF No. 23. The two remaining competing applicants claimed substantially smaller investment losses than Movants. *See* ECF Nos. 19 and 20.

Since that time, Movants have collectively agreed that it is in the best interest of the putative class for Yu, Joseph, and Wu to amicably resolve their competing motions and pool their resources to effectively and efficiently prosecute this action. *See* ECF No. 27-1 (Declaration of David M. Buckner), Ex. A (Joint Declaration in Support of Appointment of Co-Lead Plaintiffs and

---

[1] Movant Hamit Tamer Adiguzel filed a Notice of Non-Opposition to Competing Lead Plaintiff Motions on November 6, 2020. ECF No. 25. Movant Mark J. Friedman filed a Notice of Non-Opposition to Competing Motions to Appoint Lead Plaintiff and Approve Selection of Counsel on November 6, 2020. ECF No. 26.

Approval of Co-Lead Counsel) and Ex. B (Stipulation and Order Appointing Co-Lead Plaintiffs and Co-Lead Counsel).  Thus, Movants have filed their Response in Support of Appointment of Co-Lead Plaintiffs and Approval of Co-Lead Counsel on November 6, 2020, which primarily seeks appointment of Movants as Co-Lead Plaintiffs and appointment of their selection of Co-Lead Counsel, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Pomerantz LLP ("Pomerantz"). ECF No. 27. Competing movants Hamit Tamer Adiguzel and Mark J. Friedman filed responses on November 6, 2020, acknowledging Movants' larger financial interest and not contesting Movants' fitness to represent the class. *See* ECF Nos. 25 and 26. Accordingly, Movants' request for appointment as Co-Lead Plaintiffs and approval of Co-Lead Counsel remains unchallenged.

Based on the foregoing, Movants respectfully request that the Court approve Movants' Stipulation (ECF No. 27-1, Ex. B), and enter an Order:

(1) appointing Movants as Co-Lead Plaintiffs on behalf of all persons who purchased or otherwise acquired securities of Blink during the Class Period;

(2) approving Co-Lead Plaintiffs' selection of Hagens Berman and Pomerantz as Co-Lead Counsel; and

(3) granting such other and further relief as the Court may deem just and proper.

Dated: November 13, 2020

Respectfully submitted,

By: */s/ David M. Buckner*
  David M. Buckner (60550)

BUCKNER+MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
Facsimile: (786) 523-0485
david@bucknermiles.com

*Liaison Counsel for Movants and Proposed Liaison Counsel for the Class*

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (262161)
Lucas E. Gilmore
(*pro hac vice* application forthcoming)
Wesley A. Wong
(*pro hac vice* application forthcoming)
533 F Street, Suite 207
San Diego, CA 92101
Telephone: (619) 929-3340
Facsimile: (619) 929-3337
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

*Counsel for Alexander Yu and H. Marc Joseph and Proposed Co-Lead Counsel for the Class*

POMERANTZ LLP
James M. LoPiano
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jlopiano@pomlaw.com

*Counsel for Tianyou (Steven) Wu and Proposed Co-Lead Counsel for the Class*