UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23527-Civ-WILLIAMS/TORRES

RICHARD M. BUSH, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

BLINK CHARGING COMPANY,
MICHAEL D. FARKAS, and
MICHAEL P. RAMA,

    Defendants.
_____/

## ORDER APPOINTING CO-LEAD PLAINTIFFS AND CO-LEAD COUNSEL

This matter is before the Court on several pending motions for the appointment of Lead Plaintiff and the approval of Lead Counsel. [D.E. 19, 20, 21, 23]. Having reviewed the pending motions and accompanying memoranda of law, the Court hereby appoints Tianyou Wu ("Wu"), Alexander Yu ("Yu") and H. Marc Joseph ("Joseph") as Co-Lead Plaintiffs in the above-captioned consolidated action ("Consolidated Action").[1] [D.E. 21, 23]. These plaintiffs satisfy the requirements for Co-Lead Plaintiffs pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

---

[1] Tamer Adiguzel ("Adiguzel") and Mark Friedman ("Friedman") each filed a notice of non-opposition to the appointments of Wu, Yu, and Joseph as Leads Plaintiffs. Thus, their motions are **DENIED as moot**. [D.E. 19, 20]. As for Wu, Yu, and Joseph, they each agreed to serve as Co-Lead Plaintiffs. Their motions are therefore unopposed. [D.E. 21, 23].

1

Co-Lead Plaintiffs, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, have selected and retained Pomerantz LLP and Hagens Berman Sobol Shapiro LLP as Co-Lead Counsel.

Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

(a) to coordinate the briefing and argument of motions;

(b) to coordinate the conduct of discovery proceedings;

(c) to coordinate the examination of witnesses in depositions;

(d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f) to coordinate all settlement negotiations with counsel for defendants;

(g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h) to supervise any other matters concerning the prosecution, resolution or settlement of the Consolidated Action.

No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

Counsel in any related action that is consolidated with this Consolidated Action shall be bound by this organization of Co-Lead Counsel.

Co-Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

Co-Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

Defendants shall effectuate service of papers on plaintiffs by serving a copy of the same on Co-Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effectuate service of papers on defendants by serving a copy of the same on defendants' counsel by overnight mail service, electronic or hand delivery.

During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of December, 2020.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge