UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23527-Civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,

                Defendants.

**JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED/CONSOLIDATED COMPLAINT AND PROPOSED BRIEFING SCHEDULE ON MOTION TO DISMISS**

    Co-Lead Plaintiffs Tianyou Wu, Alexander Wu and H. Marc Joseph and Defendants Blink Charging Company, Michael D. Farkas, and Michael P. Rama jointly move this Court for an Order: (i) extending the deadline for Co-Lead Plaintiffs to file a Consolidated or Amended Complaint; (ii) setting deadlines for Defendants to file a motion to dismiss, and the filing of the opposition and reply briefs. In support, the parties state as follows:

    1. On September 30, 2020, the Court ordered that "[w]ithin (10) days of entry of an order appointing a lead plaintiff and lead plaintiff's counsel, lead plaintiff's counsel and Defendants' counsel shall confer and submit to the Court a proposed schedule that: (i) sets a deadline for lead plaintiff to file an amended complaint or notify Defendants and the Court in writing that the lead plaintiff intends to rely on the initial complaint; and (ii) for Defendants to respond to the operative complaint and, if a motion to dismiss is filed, deadlines for the filing of opposition and reply briefs." [D.E. 18].

2. On December 21, 2020, the Court appointed Tianyou Wu, Alexander Wu and H. Marc Joseph as Co-Lead Plaintiffs and approved Pomerantz LLP and Hagens Berman Sobol Shapiro as Co-Lead Counsel. [D.E. 29]. Consequently, the deadline for the parties to confer and submit a proposed schedule is December 31, 2020.

3. On December 22, 2020, the Court *sua sponte* ordered that Co-Lead Plaintiffs "shall file an Operative Complaint no later than January 22, 2021." [D.E. 30].

4. In light of their recent appointment and the holidays, Co-Lead Counsel require additional time to review and consolidate their firms' two separate investigations before filing an operative complaint. Accordingly, Co-Lead Counsel respectfully request that the deadline be extended to February 19, 2021. Defendants do not oppose this request.

5. The parties' counsel have met and conferred and propose that the Court adopt the following schedule:

   a. Co-Lead Plaintiffs shall file a consolidated and/or amended complaint no later than February 19, 2021;

   b. Defendants shall move to dismiss, answer or otherwise respond to Co-Lead Plaintiffs' consolidated and/or amended complaint no later than April 20, 2021;

   c. If Defendants file a motion to dismiss, Co-Lead Plaintiffs shall file an opposition no later than June 21, 2021; and

   d. Defendants shall file a reply in support of any motion to dismiss no later than July 21, 2021.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with Local Rule 7.1(a)(3), counsel for Co-Lead Plaintiffs and Defendants certify that they have met and conferred.  Defendants do not oppose the request to extend the deadline to file an amended and/or consolidated complaint to February 19, 2021.  The parties jointly move for the Court to adopt the proposed schedule on the motion to dismiss.

Dated: December 28, 2020

Respectfully submitted,

**HAGENS BERMAN SOBOL
  SHAPIRO LLP**

*/s/ Reed R. Kathrein*
Reed R. Kathrein (262161)
Lucas E. Gilmore (*Pro Hac Vice* forthcoming)
Wesley A. Wong (*Pro Hac Vice* forthcoming)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

**HAGENS BERMAN SOBOL
SHAPIRO LLP**

Steve W. Berman (*Pro Hac Vice* forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

**BUCKNER + MILES**

*/s/ David M. Buckner*
David M. Buckner (60550)
2020 Salzedo Street, Suite 302
Coral Gables, FL  33134

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com

*Co-Lead Counsel for the Class*

**HOLLAND & KNIGHT LLP**

*/s/ Stephen P. Warren*
Tracy A. Nichols (454567)
Stephen P. Warren (788171)
701 Brickell Avenue, Suite 3300
Miami, FL  33131
Telephone: (305) 374-8500
Facsimile:  (305-789-7799
stephen.warren@hklaw.com
tracy.nichols@hklaw.com

*Counsel for Defendants*

Telephone: (305) 964-8003
Facsimile:  (786) 523-0485
david@bucknermiles.com

*Liaison Counsel for Co-Lead Plaintiffs*