EXHIBIT 4

**CHALLENGED STATEMENTS**

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context[1]<br>*(Am. Compl. and/or source reference)* |
|---|---|
| | **March 6, 2020 Press Release** |
| 1. Blink | "Blink Charging . . . is a leader in electric (EV) charging equipment and networked EV charging stations, ***enabling EV drivers to easily charge at any of its 15,000 charging station[s]*** (this is a correction to our press release from March 5, 2020 where we inadvertently referred to our 23,000 deployed charging stations since we began our business) . . . ." (Am. Compl. ¶ 71). |
| | **March 17, 2020 Press Release** |
| 2. Blink | "[Blink] is a leader in electric vehicle (EV) charging equipment and networked EV charging stations, ***enabling EV drivers to easily charge at any of its 15,000 charging [stations]***." (Am. Compl. ¶ 72). |
| | **April 2, 2020 Blink Form 10-K** |
| 3. Blink, Mr. Farkas and Mr. Rama | "As of December 31, 2019, we had 14,778 charging stations deployed, of which 5,199 were Level 2 commercial charging units, 104 were DC Fast Charging EV chargers and 1,200 were residential charging units in service on the Blink Network. Additionally, as of December 31, 2019, we had 353 Level 2 commercial charging units on other networks and there were also 7,922 non-networked, residential Blink EV charging stations. The non-networked, residential Blink EV charging stations are all host owned. In total, over the years the Company has deployed a total of 23,795 in North America (including units that were replaced, removed, discarded, etc.). In addition, the Company's subsidiary in Greece (Blink Charging Hellas SA) has deployed 23 charging stations in Greece (46 plugs) and about to deploy 4 Level 3 (DCFC) units in the first quarter of 2020, while the wholly owned subsidiary in Israel (Blink Charging Ltd.) deployed 17 charging stations (24 plugs) in Israel." (Am. Compl. ¶ 74; Form 10-K at 1). |

---

[1] Emphasis in the text is taken from the Amended Complaint.

| Who Statements Are Allegedly Attributable To | Statement Excerpts In Context[1] *(Am. Compl. and/or source reference)* |
|---|---|
| 4. Blink, Mr. Farkas and Mr. Rama | "As of December 31, 2019, the Company has sold or deployed a total of approximately 14,778 charging units, of which, 5,199 were Level 2 commercial charging units, 104 were DC fast charging units and 1,200 were residential charging units. Included in the above total number are approximately 353 Level 2 units deploy ed on other networks and 7,922 non-networked, residential charging units." (Am. Compl. ¶ 75; Form 10-K at 17). |
| **May 13, 2020 Blink Form 10-Q** | |
| 5. Blink, Mr. Farkas and Mr. Rama | "As of March 31, 2020, the Company had 14,643 charging stations deployed, of which, 5,283 were Level 2 commercial charging units, 103 were DC Fast Charging EV chargers and 1,070 were residential charging units. Additionally, as of March 31, 2020, we had 342 Level 2 commercial charging units on other networks and there were also 7,845 non-networked, residential Blink EV charging stations." (Am. Compl. ¶ 77; Form 10-Q at 8). |
| 6. Blink, Mr. Farkas and Mr. Rama | "At March 31, 2020, we have sold or deployed a total of approximately 14,643 charging units, of which, 5,283 were level 2 commercial charging units, 103 were DC Fast Charging EV units and 1,070 were residential charging units. Included in the above total number are approximately 342 Level 2 units deployed on other networks and 7,845 non-networked, residential charging units." (Am. Compl. ¶ 78; Form 10-Q at 21). |
| **July 8, 2020 *Yahoo Finance* Interview** | |
| 7. Blink, Mr. Farkas | "*But we decided as an owner and an operator of charging stations, to make sure that we spend our money and put [it] in the ground, we're not going to have to deal with obsolescence.*" (Am. Compl. ¶ 81). |
| **August 13, 2020 Blink Form 10-Q** | |
| 8. Blink, Mr. Farkas and Mr. Rama | "*As of June 30, 2020, the Company had 15,151 charging stations deployed, of which, 5,385 were Level 2 commercial charging units, 102 were DC Fast Charging EV chargers and 1,193 were residential charging units.* Additionally, as of June 30, 2020, the Company had 305 Level 2 commercial charging units on other networks and there were also 8,166 non-networked, residential Blink EV charging stations." (Am. Compl. ¶ 82; Form 10-Q at 8). |

| Who Statements Are Allegedly **Attributable To** | **Statement Excerpts In Context**[1] *(Am. Compl. and/or source reference)* |
|---|---|
| | **August 17, 2020 *Twitter* Post** |
| 9.  Blink | "***Blink's network of over 15,000 chargers* gives *EV drivers the ability to charge their car wherever they live, work, and play.***" (Am. Compl. ¶ 84). |
| | **August 17, 2020 *Facebook* Post** |
| 10. Blink | "***Blink's network of over 15,000 chargers* gives *EV drivers the ability to charge their car wherever they live, work, and play.***" (Am. Compl. ¶ 85). |