# EXHIBIT 8

# FORM 4

ε Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>FARKAS MICHAEL D | 2. Issuer Name **and** Ticker or Trading Symbol<br>Blink Charging Co. [BLNK] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)　　(First)　　(Middle)<br>407 LINCOLN ROAD, SUITE 704 | 3. Date of Earliest Transaction (Month/Day/Year)<br>04/28/2020 | _X_ Director　　　　　　　_X_ 10% Owner<br>_X_ Officer (give title below)　　___ Other (specify below)<br>Chairman and CEO |
| (Street)<br>MIAMI BEACH, FL 33139 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)　　(State)　　(Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.001 per share ("Common Stock") (1) | 04/28/2020 | | A | | 32,787 | A | $ 0 | 1,632,295 | D | |
| Common Stock | | | | | | | | 231,441 | I | Balance Group LLC (2) |
| Common Stock | | | | | | | | 4,197,616 | I | Farkas Group, Inc. (2) |
| Common Stock | | | | | | | | 15,000 | I | See note (3) |
| Common Stock | | | | | | | | 7,200 | I | Farkas Charitable Foundation (4) |
| Common Stock | | | | | | | | 80 | I | Farkas Family Trust (5) |
| Common Stock | | | | | | | | 22,130 | I | Ze'evi Group (2) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date Exercisable | Expiration Date | Title | Amount or Number of | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| FARKAS MICHAEL D<br>407 LINCOLN ROAD, SUITE 704<br>MIAMI BEACH, FL 33139 | X | X | Chairman and CEO | |

## Signatures

/s/Michael D. Farkas

** Signature of Reporting Person

05/01/2020

Date

## Explanation of Responses:

\*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)** This Form 4 details the Reporting Person's ownership of the Issuer's securities as of April 30, 2020.

**(2)** Mr. Farkas has voting and investment power with respect to these shares.

**(3)** Mr. Farkas has voting and investment power and serves as custodian for shares held by minor children.

**(4)** Mr. Farkas has voting and investment power as trustee with respect to these shares.

**(5)** Mr. Farkas is a beneficiary of these shares.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.