EXHIBIT 9



Blink Charging Co. (BLNK) Stock Price