UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD M. BUSH, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>         v.<br><br>BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,<br><br>                     Defendants. | Case No. 1:20-cv-23527-KMW<br><br>**LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF DOCUMENT IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

Lead Plaintiffs respectfully request that, for purposes of ruling on Defendants' pending motion to dismiss, which was fully briefed as of July 21, 2021 and argued on April 7, 2022, the Court take judicial notice of Blink Charging Company's ("Blink") Quarterly Report on Form 10-Q for the period ending June 30, 2023, filed with the SEC on August 9, 2023, which is attached hereto as Exhibit A.

Lead Plaintiffs respectfully direct the Court to the "ITEM 1A RISK FACTORS" section on page 29 of the Quarterly Report, wherein Blink discloses the following:

> ***We received an SEC subpoena and are cooperating with the SEC***.
>
> In July 2023, we received a subpoena from the SEC requesting the production of documentation and other information since January 1, 2020, relating to various subjects, including executive departures, related-party transactions, number of EV charging stations, and other discrete disclosure matters. We intend to fully cooperate with the SEC and are in the process of responding to the subpoena. At this point, we are unable to predict what the timing or the outcome of the SEC investigation may be or what, if any, consequences the SEC investigation may have on us. We can provide no assurances as to the outcome of the SEC investigation.

(Emphasis in original).

Lead Plaintiffs respectfully submit the above-referenced disclosure bears on issues raised in Defendants' motion to dismiss, including the elements of falsity, materiality and scienter.

Pursuant to Local Rule 7.1(a)(3), prior to this filing, counsel for the Lead Plaintiff conferred in writing with Defendants' counsel about the relief sought in the instant request for judicial notice in a good faith effort to resolve the issues raised. The parties, however, were unable to resolve these issues. Accordingly, Defendants oppose the request for judicial notice.

DATED:  September 19, 2023                    Respectfully submitted,

**HAGENS BERMAN SOBOL**                **POMERANTZ LLP**
  **SHAPIRO LLP**

*/s/ Lucas E. Gilmore*                              */s/ Brenda Szydlo*
Reed R. Kathrein (262161)                      Jeremy A. Lieberman

Lucas E. Gilmore (admitted *Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

**HAGENS BERMAN SOBOL
  SHAPIRO LLP**
Steve W. Berman (*Pro Hac Vice* forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Co-Lead Counsel for the Class*

**BUCKNER + MILES**

*/s/ David M. Buckner*
David M. Buckner (60550)
2020 Salzedo Street, Suite 302
Coral Gables, FL  33134
Telephone: (305) 964-8003
Facsimile:  (786) 523-0485
david@bucknermiles.com

*Liaison Counsel for Co-Lead Plaintiffs*

Brenda Szydlo (admitted *Pro Hac Vice*)
Villi Shteyn (admitted *Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone: (212) 661-1100
Facsimile:  (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
vshteyn@pomlaw.com

*Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
Carol C. Villegas
David J. Schwartz
140 Broadway
New York, NY  10005
Telephone: (212) 907-0870
Facsimile:  (212) 883-7070
cvillegas@labaton.com
dschwartz@labaton.com

*Additional Counsel for Lead Plaintiff Tianyou Wu*

**SHEPHERD FINKELMAN MILLER &
  SHAH LLP**
Jayne A. Goldstein
1625 N. Commerce Parkway, Suite 320
Ft. Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile:  (866) 300-7367
jgoldstein@sfmlaw.com

*Additional Counsel for Lead Plaintiff Tianyou Wu*