**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

In accordance with Local Rule 16.4 and the Court's Scheduling Order (ECF No. 67), Lead Plaintiffs Tianyou Wu, Alexander Yu, and H. Marc Joseph and Defendants Blink Charging Company, Michael D. Farkas, and Michael P. Rama ("Parties") hereby jointly notify the Court that on April 19, 2024 the Parties reached an agreement in principle to settle the entire case.

The Parties respectfully request that the Court continue all pending deadlines for 45 days to provide the Parties with the opportunity to prepare a memorandum of understanding that sets forth the essential terms of a classwide settlement resolving all the claims asserted, subject to preliminary and final approval by the Court.

The Parties will next prepare a comprehensive written settlement agreement and related documents to be filed with the Court as part of a motion for preliminary approval under Rule 23(e) of the Federal Rules of Civil Procedure, which will contain a proposed schedule consistent with schedules approved by courts in this District and nationwide. The Parties anticipate that the proposed schedule will include, *inter alia*, dates for mailing notice to class members of the settlement, providing notice to various attorneys general under the Class Action Fairness Act of

2005, deadlines for class members to request exclusion from the proposed class or object to the settlement, the plan of allocation, and the submission of proof of claim and release forms, and proposed dates for the Court to set a final approval hearing.

Dated: April 19, 2024

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/Lucas E. Gilmore*
Reed R. Kathrein (262161)
Lucas E. Gilmore
(admitted Pro Hac Vice)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

**POMERANTZ LLP**

By: */s/Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo (admitted *Pro Hac Vice*)
Villi Shteyn (admitted *Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
bszydlo@pomlaw.com
vshteyn@pomlaw.com

*Co-Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman
(Pro Hac Vice forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

**HOLLAND & KNIGHT LLP**

**By**: */s/ Allison Kernisky*
Tracy A. Nichols (FBN 454567)
Stephen P. Warren (FBN 788171)
Allison Kernisky (FBN 41160)
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
tracy.nichols@hklaw.com
stephen.warren@hklaw.com
allison.kernisky@hklaw.com

*Counsel for Defendants Blink Charging Company, Michael D. Farkas, and Michael P. Rama*

**LABATON SUCHAROW LLP**

Carol C. Villegas
David J. Schwartz
140 Broadway
New York, NY 10005
Telephone: (212) 907-0870
cvillegas@labaton.com
dschwartz@labaton.com

*Additional Counsel for Lead Plaintiff Tianyou Wu*

**SHEPHERD FINKELMAN MILLER & SHAH LLP**

Jayne A. Goldstein
1625 N. Commerce Parkway, Suite 320
Ft. Lauderdale, FL 33326
Telephone: (954) 515-0123
jgoldstein@sfmlaw.com

    *Co-Lead Counsel for the Class*      *Additional Counsel for Lead Plaintiff Tianyou Wu*

**BUCKNER + MILES**

By: */s/ David M. Buckner*
David M. Buckner (60550)
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
david@bucknermiles.com

*Liaison Counsel for Co-Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Allison Kernisky*
Allison Kernisky