**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

      Defendants.

_____/

**DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, BRENDA SZYDLO, hereby declare and state as follows:

1.      I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP, counsel for Co-Lead Plaintiffs Tianyou Wu, Alexander Wu, and H. Marc Joseph ("Lead Plaintiffs"). I make this Declaration in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit 1:** Stipulation and Agreement of Settlement (the "Stipulation"), dated June 28, 2024;

**Exhibit A to the Stipulation:** [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;

**Exhibit A-1 to the Proposed Preliminary Approval Order:** Notice of Pendency and Proposed Settlement of Class Action;

**Exhibit A-2 to the Proposed Preliminary Approval Order:** Proof of Claim and Release Form;

**Exhibit A-3 to the Proposed Preliminary Approval Order:** Summary Notice; and

**Exhibit B to the Stipulation:** [Proposed] Order and Final Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 28th day of June, 2024, at New York, New York.

*/s/ Brenda Szydlo*
Brenda Szydlo

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused the foregoing to be filed through the CM/ECF system with the Clerk of the Court on this 28th day of June, 2024, and served thereby on all persons authorized to receive notices via the CM/ECF system.

*/s/David Buckner*
David M. Buckner, Esq.