**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

      Defendants.

                                   /

## PLAINTIFFS' MOTION TO STRIKE DOCKET ENTRY [89 & 90]

The undersigned hereby gives notice of striking Docket Entry [89] & [90] which were incorrectly filed; CM/ECF login did not match the name of attorney on the signature block of the document.

Dated: July 2, 2024

Respectfully submitted,

**BUCKNER + MILES**

By: */s/ David M. Buckner*
David M. Buckner (60550)
2020 Salzedo Street, Suite 302
Coral Gables, FL  33134
Telephone: (305) 964-8003
david@bucknermiles.com

*Liaison Counsel for Co-Lead Plaintiffs*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Reed R. Kathrein*
Reed R. Kathrein (262161)
Lucas E. Gilmore (admitted *pro hac vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

*Co-Lead Counsel for the Class*

**POMERANTZ LLP**

By: */s/ Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo (admitted *pro hac vice*)
Villi Shteyn (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
bszydlo@pomlaw.com
vshteyn@pomlaw.com

*Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
Carol C. Villegas
David J. Schwartz
140 Broadway
New York, NY  10005
Telephone: (212) 907-0870
cvillegas@labaton.com
dschwartz@labaton.com

*Additional Counsel for Lead Plaintiff
Tianyou Wu*

**SHEPHERD FINKELMAN MILLER & SHAH LLP**
Jayne A. Goldstein
1625 N. Commerce Parkway, Suite 320
Ft. Lauderdale, FL  33326
Telephone: (954) 515-0123
jgoldstein@sfmlaw.com

*Additional Counsel for Lead Plaintiff
Tianyou Wu*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I have caused the foregoing to be filed through the CM/ECF system with the Clerk of the Court on this 2nd day of July, 2024, and served thereby on all persons authorized to receive notices via the CM/ECF system.

*/s/David Buckner*
David M. Buckner, Esq.

2