# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

      Defendants.

_____/

**DECLARATION OF CO-LEAD PLAINTIFF H. MARC JOSEPH IN SUPPORT OF: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**

I, H. Marc Joseph, declare as follows:

1.     I am a Court-appointed Co-Lead Plaintiff in the above-captioned securities class action (the "Action").[1]  I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Plaintiffs' Counsel's motion for an award of attorneys' fees, reimbursement of litigation expenses, and compensatory awards to Plaintiffs including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.     I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1; 78u-4. I have personal

_____

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2024 (the "Stipulation"). ECF No. 94-2.

knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

**I.      CO-LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION**

3.      I have been actively involved in the prosecution of this case since December 21, 2020, when the Court appointed me to serve as a Co-Lead Plaintiff in this Action. ECF No. 29.

4.      In fulfillment of my responsibilities as a Lead Plaintiff, I have worked closely with Plaintiffs' Counsel regarding the litigation and resolution of this case.

5.      I communicated with Plaintiffs' Counsel throughout the pendency of this Action and was kept up to date on the developments of this Action. I compiled and provided counsel with my trading data, completed a certification, and have received and reviewed Court filings. I have requested and received updates as to the progress of the litigation and issues of strategy, and I was consulted before and during settlement discussions, during which I was in communication with counsel, and approved the Settlement before it was finalized.

6.      In short, I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances.

**II.     APPROVAL OF THE SETTLEMENT**

7.      As detailed in the paragraphs above, through my active participation I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

8.      Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

**III.    PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARDS**

**A.      Attorneys' Fees and Litigation Expenses**

9.      I believe Plaintiffs' Counsel's request for an award of attorneys' fees in the amount of 33.4% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Settlement Class.

10.     I have evaluated Plaintiffs' Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Settlement Class, and the risks Plaintiffs' Counsel bore in prosecuting this Action on behalf of myself, the other Plaintiffs, and the Settlement Class on a fully contingent basis, which included the fronting of all expenses. I have authorized this fee request for the Court's ultimate determination.

11.     I further believe the litigation expenses for which Plaintiffs' Counsel has requested reimbursement are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

**B.     Co-Lead Plaintiff's Litigation-Related Costs and Expenses**

12.     I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4). For this reason, in connection with Plaintiffs' Counsel's request for reimbursement of litigation expenses, I respectfully request reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

13.     I am a general counsel for a private business and the time I devoted to representing the Settlement Class in this Action was time that I otherwise would have spent at my job, investing, or on other activities and, thus, represented a cost to me. I respectfully request reimbursement in the amount of $3,000 for the time I devoted to participating in this Action. I make this request based on the conservative estimate that I devoted approximately 50 hours in the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class under the circumstances.

**IV.     CONCLUSION**

14.     In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the

3

reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12 day of September 2024.

DocuSigned by:

*H. Marc Joseph*

BD45DF14F0AD4CD...

H. Marc Joseph

4