# EXHIBIT 8

**Table of Peer Law Firm Billing Rates**

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee range | Partners' Fee Range |
|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | In re Wells Fargo & Company Securities Litigation, No. 1:20-cv-04494 | (S.D.N.Y.) (Aug. 2023) (Dkt. No. 190-9) | Senior Counsel: $775 - $825<br>Associates: $425 - $650<br>Staff Attorneys: $350 -$450<br>Case Managers & Paralegals: $325 - $400 | $900-$1300 |
| | In re Myriad Genetics, Inc. Securities Litigation, No. 2:19-cv-00707 | (D. Utah) (Nov. 2023) (Dkt. No. 290-5) | Senior Counsel: $775 - $825<br>Associates: $450 - $600<br>Staff Attorneys: $425 - $450 | $900-$1250 |
| | Lord Abbett Affiliated Fund, Inc., et al. v. Navient Corp., et al., No. 1:16-cv-00112-MN | (D. Del.) (Feb. 2022) (Dkt. No. 347-5) | Senior Counsel: $775<br>Associate: $425 - $700<br>Staff Attorney: $350 - $425<br>Paralegal: $325 - $350 | $900-$1300 |
| Boies, Schiller & Flexner LLP | In re Grupo Televisa Securities Litigation, No. 1:18-cv-01979 | (S.D.N.Y.) (Jul. 2023) (Dkt. No. 356) | Counsel: $940 - $970<br>Associate: $670 - $830<br>Summer Associate: $450<br>Staff Attorney: $380 - $460<br>Paralegal: $350 | $1,140-$2,110 |
| Cohen Milstein Sellers & Toll, PLLC | In re Wells Fargo & Company Securities Litigation, No. 1:20-cv-04494 | (S.D.N.Y.) (Aug. 2023) (Dkt. No. 190-10) | Senior Counsel: $925<br>Associates: $525 - $700<br>Staff Attorneys: $600 - $650<br>Discovery Attorneys: $245 - $495 | $750-$1,225 |
| Labaton Sucharow LLP | Boston Retirement System v. Alexion Pharmaceuticals, Inc. et al., No. 3:16-cv-02127-AWT | (D. Conn.) (Nov. 2023) (Dkt. No. 319-10) | Of Counsel: $650 - $875<br>Associate: $475 - $625<br>Staff Attorney: $375 - $475<br>Paralegal: $325 - $390 | $700-$1,325 |
| | In re The Allstate Corporation Securities Litigation, No. 1:16-cv-10510 | (N.D. Ill.) (Nov. 2023) (Dkt. No. 555-5) | Of Counsel: $650 - $875<br>Associate: $425 - $625<br>Staff Attorney: $335 - $475<br>Paralegal: $150 - $390 | $900-$1,375 |
| Levi & Korsinsky LLP | In re U.S. Steel Consolidated Cases, No. 2:17-cv-00579-CB | (W.D. Penn.) (Mar. 2023) (Dkt. No. 346-7) | Of Counsel: $450 - $850<br>Associate: $425 - $850<br>Paralegal: $325 | $765-$1,050 |
| Motley Rice LLC | Boston Retirement System v. Alexion Pharmaceuticals, Inc. et al., No. 3:16-cv-02127-AWT | (D. Conn.) (Nov. 2023) (Dkt. No. 319-9) | Counsel: $860 - $950 Associate: $550 - $680<br>Staff Attorney: $400 - $500<br>Contract Attorney: $325 - $410<br>Paralegal: $200 - $425 | $895-$1,315 |
| | In re Twitter Inc. Securities Litigation, No. 4:16-cv-05314-JST (SK) | (N.D. Cal.) (Oct. 2022) (Dk. No. 664-1) | Senior Counsel: $925<br>Associate: $425 - $600<br>Staff Attorney: $400 - $425<br>Contract Attorney: $395<br>Paralegal: $175 - $375 | $725-$1,100 |

1

| Robbins Geller Rudman & Dowd LLP | Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies, Inc. et al., No. 1:19-cv-00124 | (D. Colo.) (Oct. 2023) (Dkt. No. 201-1) | Of Counsel: $960 - $1,080<br>Associate: $465 - $535<br>Staff Attorney: $450 - $460<br>Research Analyst: $315<br>Paralegal: $275-$395 | $760-$1,250 |
|---|---|---|---|---|
| | Flynn v. Exelon Corporation et al., No. 1:19-cv-08209 | (N.D. Ill.) (Aug. 2023) (Dkt. No. 210-2) | Associate: $400 - $595<br>Staff Attorney: $390 - $460<br>Research Analyst: $315<br>Economic Analyst: $355 - $450<br>Paralegal: $350-$395 | $760-$1,315 |
| | Purple Mountain Trust, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo & Company et al., No. 3:18-cv-03948 | (N.D. Cal.) (Jul. 2023) (Dkt. No. 232-1) | Of Counsel: $600 - $1,110<br>Associate: $250 - $550<br>Staff Attorney: $300 - $450<br>Research Analyst: $315<br>Paralegal: $275 - $395<br>Litigation Support: $175 - $400 | $735-$1,375 |
| | Azar v. Grubhub Inc., et al., No. 1:19-cv-07665 | (N.D. Ill.) (Dec. 2022) (Dkt. No. 111-2) | Of Counsel: $955<br>Associate: $375 - $650<br>Staff Attorney: $410 -$445<br>Research Analyst: $295<br>Investigator: $290 | $675-$1,350 |
| | Gordon v. Vanda Pharmaceuticals, Inc. and Mihael H Polymeropoulos, No. 1:19-cv-01108-FB-LB | (E.D.N.Y.) (Dec. 2022) (Dkt. No. 104-6) | Of Counsel: $1,090<br>Associate: $375 - $630<br>Staff Attorney: $420 - $445<br>Litigation Support: $300<br>Investigator: $290 | $785-$1,350 |
| Scott+Scott, Attorneys at Law, LLP | Abadilla, et al. v. Precigen, Inc. et al., No. 5:20-cv-06936-BLF | (N.D. Cal.) (Sep. 2023) (Dkt. No. 138-1) | Of Counsel: $1,050<br>Associate: $625 - $795<br>Staff Attorney: $675<br>Paralegal: $395 - $415 | $1,095-$1,595 |

2