# EXHIBIT 9

| Chart of Select Eleventh Circuit Cases Awarding Attorneys' Fee of 33% or Above | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| *In re Home Loan Servicing Solutions Ltd. Sec. Litig.*, No. 0:16-cv-60165, ECF No. 119 (S.D. Fla. Nov. 17, 2017) | $6,000,000 | 33.33% |
| *In re Digital Domain Media Group, Inc. Sec. Litig.*, No. 2:12-cv-14333, ECF No. 116 (S.D. Fla. Apr. 12, 2017) | $5,500,000 | 33.00% |
| *In Re: Clarus Corp. Sec. Litig.*, No. 1:00-cv-02841, ECF No. 148 (N.D. Ga. Jan. 6, 2005) | $4,500,000 | 33.33% |
| *Sood v. Catalyst Pharmaceutical Partners Inc. et al.*, No. 1:13-cv-23878, ECF No. 153 (S.D. Fla. Mar. 16, 2015) | $3,500,000 | 33.33% |
| *Pritchard v. Apyx Med. Corp.*, No. 819CV00919SCBAEP, 2020 WL 6937821, at *1 (M.D. Fla. Nov. 18, 2020) | $3,000,000 | 33.33% |
| *In re The Maxim Group, Inc. Sec. Litig.*, No. 1:99-cv-01280, ECF No. 143 (N.D. Ga. July 20, 2004) | $3,000,000 | 33.33% |
| *In re MiMedx Grp., Inc. Sec. Litig.*, No. 1:13-cv-03074, 2016 WL 11645384, at *1 (N.D. Ga. Apr. 5, 2016) | $2,979,000 | 33.33% |
| *In re Health Insurance Innovations Sec. Litig.*, No. 8:17-cv-02186, ECF No. 184 (M.D. Fla. Mar. 30, 2021) | $2,800,000 | 33.00% |
| *In re DS Healthcare Group, Inc. Sec. Litig.*, No. 0:16-cv-60661, ECF No. 81 (S.D. Fla. Sept. 29, 2017) | $2,100,000 | 33.33% |
| *Rodriguez et al. v. Alfi, Inc., et al.*, No. 1:21-cv-24232, ECF No. 142 (S.D. Fla. Mar. 11, 2024) | $1,725,000 | 33.33% |