# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

        Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

        Defendants.

_____/

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE**
**NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE;**
**AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Director of Quality Assurance of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-four years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE NOTICE AND CLAIM FORM**

2.      Pursuant to the Court's Order, dated July 9, 2024 (Dkt. No. 95, the "Preliminary Approval Order"), Lead Counsel was authorized to retain SCS as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection

1

with the proposed Settlement in the above-captioned action (the "Action").[1]   I submit this declaration in order to provide the Court and the Parties information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      To provide notice to those persons and entities that purchased or otherwise acquired common stock of Blink Charging Co. ("Blink") during the period between March 6, 2020 and August 19, 2020, inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Orders, SCS mailed and/or emailed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice and Claim Form") to potential members of the Settlement Class.  A true and correct copy of the Notice and Claim Form is attached as **Exhibit A**.

4.      SCS sent the Depository Trust Company ("DTC") the Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on July 19, 2024. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 1,037 banks and brokerage companies ("Nominee Account

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated June 28, 2024 (Dkt. No. 94-2, the "Stipulation").

Holders"), as well as 1,265 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On July 19, 2024, SCS caused a letter to be mailed or e-mailed to the 2,302 nominees contained in the SCS master mailing list.  The letter notified nominees of the Settlement and requested that within 7 calendar days from the date of the letter, they either, (a) request from SCS sufficient copies of the Notice and Claim Form to forward to all such beneficial owners and within 7 calendar days of receipt of those Notice and Claim Forms forward them to all such beneficial owners; (b) request from SCS a link to the Notice and Claim Form and email the link to all such beneficial owners for whom valid email addresses are available within 7 calendar days of receipt of the link from SCS; or (c) send a list of the names, mailing addresses, and email addresses (to the extent available) of all such beneficial owners to SCS so that SCS could promptly mail the Notice and Claim Form, or email the link to the Notice and Claim Form on the settlement website directly to such beneficial owners. A copy of the letter sent to these nominees is attached as **Exhibit B**.

6.       SCS mailed, by first class mail, postage prepaid, the Notice and Claim Form to 23 individuals and organizations identified in the transfer records that were provided to SCS by the Defendants' Counsel.  These records reflect persons and entities that purchased Blink common stock for their own account, or for the account(s) of their clients, during the Settlement Class Period.  The transfer record mailing was completed on July 22, 2024. Following this mailing, SCS received 5,371 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Notice and Claim Form be mailed by SCS, SCS received 33,925 requests from two nominees for Notice and Claim Forms so that the nominees could forward them to their clients, and SCS received notification from three nominees that they mailed

3

the Notice and Claim Form to 87 of their clients.  To date, 39,406 Notice and Claim Forms have been mailed to potential Settlement Class Members.

7.      Additionally, SCS sent 90,215 emails received by nominees a link to the Notice and Claim Form, and SCS was notified by a nominee that it emailed 64,081 of its clients to notify them of this settlement and provided the link to the Notice and Claim Form on the settlement website.  To date, 154,296 links to the Notice and Claim Form have been emailed to potential Settlement Class Members.

8.      In total, 193,702 settlement notices (either via mailed Notice and Claim Form or emailed link of the Notice and Claim Form) have been sent to potential Settlement Class Members by SCS or nominees.

## PUBLICATION OF THE SUMMARY NOTICE

9.      Pursuant to the Preliminary Approval Order, the Summary Notice was published once in *Investor's Business Daily* on August 19, 2024 and transmitted over *PR Newswire* on July 19, 2024 and August 19, 2024.  On July 19, 2024, *PR Newswire* inadvertently issued the Summary Notice when it was scheduled for the approved deadline of August 19, 2024.  **Exhibit C** contains the confirmations of publication.

## TOLL-FREE PHONE LINE

10.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBSITE

11.     On July 19, 2024, SCS established the settlement webpage on its website at www.strategicclaims.net/blink/.  The website is accessible 24 hours a day, 7 days a week, and it

4

contains the case related deadlines, an online claim filing link, and important documents such as Notice and Claim Form, the Preliminary Approval Order, and the Stipulation. To date, the settlement website has received 10,321 pageviews from 3,449 unique users.

### REPORT ON EXCLUSIONS AND OBJECTIONS

12.     The Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than October 2, 2024. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

13.     According to the Notice, Summary Notice, and the settlement website, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs must submit their objections to Lead Counsel and Defense Counsel as well as the Clerk of the Court no later than October 2, 2024. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified of an objection being filed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of September 2024, in Media, Pennsylvania.

Josephine Bravata
Josephine Bravata

5

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

      Defendants.

_____/

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Southern District of Florida (the "Court"), if, during the period between March 6, 2020 and August 19, 2020, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired Blink Charging Co. ("Blink" or the "Company") securities, and were damaged thereby.[1]

**NOTICE OF SETTLEMENT**: Please also be advised that the Court-appointed Lead Plaintiffs Tianyou Wu, Alexander Yu, and H. Marc Joseph (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 20 below), have reached a proposed settlement of the Action for $3,750,000 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act. If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Blink, any other Defendants in the Action, or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 80 below).**

1.    **Description of the Action and the Settlement Class:** This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Blink, and Michael D. Farkas, and Michael P. Rama (the "Individual Defendants"; and together with Blink, "Defendants"), violated the federal securities laws. A more detailed description of the Action is set forth in paragraphs 11-19 below. The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 20 below.

2.    **Statement of the Settlement Class's Recovery:** Subject to Court approval, Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $3,750,000 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, (d) any attorneys' fees awarded by the Court, and (e) any awards to Plaintiffs approved by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth in paragraphs 42-63 below.

3.    **Estimate of Average Amount of Recovery Per Share:** Based on Plaintiffs' consulting damages expert's estimates of the number of Blink Securities purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) is $0.17 per affected share

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28,2024 (the "Stipulation"), which is available at www.strategicclaims.net/blink/.

1

of Blink Securities. Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Blink Securities, and the total number of valid Proof of Claim and Release Forms ("Claim Forms") submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 7-10 below) or such other plan of allocation as may be ordered by the Court.

4.      **Average Amount of Damages Per Share**: The Parties do not agree on the average amount of damages per share that would be recoverable if Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their alleged conduct.

5.      **Attorneys' Fees and Expenses Sought**: Plaintiffs' Counsel have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel, Pomerantz LLP and Hagens Berman Sobol Shapiro LLP, will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33.4% of the Settlement Fund plus interest. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $185,000 plus interest. Lead Counsel will also submit an application for an award to Plaintiffs related to their representation of the Settlement Class in an aggregate amount not to exceed $9,000. Any fees, awards, or expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share, if the Court approves Lead Counsel's fee and expense application, is $0.06 per affected share of Blink Securities.

6.      **Identification of Lead Counsel:** Plaintiffs and the Settlement Class are represented by Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, NY 10016, (212) 661-1100; and Hagens Berman Sobol Shapiro LLP, 715 Hearst Avenue, Suite 300, Berkeley, CA 94710, (510) 725-3000.

7.      **Reasons for the Settlement:** Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM ONLINE AT WWW.STRATEGICCLAIMS.NET/BLINK/ OR POSTMARKED NO LATER THAN DECEMBER 4, 2024.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 26 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 27 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN OCTOBER 2, 2024.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **SUBMIT A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN OCTOBER 2, 2024.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees, reimbursement of Litigation Expenses, or awards to Plaintiffs you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON OCTOBER 23, 2024 AT 10:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN OCTOBER 2, 2024.** | Filing an objection and notice of intention to appear by October 2, 2024 allows you to speak in Court, at the discretion of the Court, about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do nothing, you will not be eligible to receive a payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

**WHAT THIS NOTICE CONTAINS**

Why Did I Get Notice Of The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 3
What Is This Case About? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 3
How Do I Know If I Am Affected By The Settlement? Who Is Included
    In The Settlement Class? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 4
What Might Happen If There Were No Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 4
How Are Settlement Class Members Affected By The Action And
    The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 5
How Do I Participate In The Settlement? What Do I Need To Do? . . . . . . . . . . . . . . . . .  Page 6
How Much Will My Payment Be? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 6
What Payment Are The Attorneys For The Settlement Class Seeking?
    How Will The Lawyers Be Paid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 10
What If I Do Not Want To Be A Member Of The Settlement Class?
    How Do I Exclude Myself? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 10
When And Where Will The Court Decide Whether To Approve The Settlement?
    Do I Have To Come To The Hearing? May I Speak At The Hearing If I
    Don't Like The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 11
What If I Bought Shares On Someone Else's Behalf? . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 12
Can I See The Court File? Whom Should I Contact If I Have Questions? . . . . . . . . . . . .  Page 12

**WHY DID I GET NOTICE OF THE SETTLEMENT?**

8.     The Court directed that the Notice be mailed or emailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Blink Securities during the Settlement Class Period. The Court also directed that this Notice be posted online at www.strategicclaims.net/blink/. The Court directed the Notice to be disseminated because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.

9.     The purpose of this Notice is to inform you of the existence of this class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It also informs you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs (the "Settlement Hearing"). See paragraphs 69-77 below for details about the Settlement Hearing, including the date and location of the hearing.

10.     The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

**WHAT IS THIS CASE ABOUT?**

11.     Two class action complaints were filed in the United States District Court for the Southern District of Florida, which by Order dated September 30, 2020, were consolidated as *Bush v. Blink Charging Co. et al.*, No. 1:20-cv-23527. By further Order dated December 21, 2020, Lead Plaintiffs and Lead Counsel were approved and appointed by the Court.

12.     On February 19, 2021, Plaintiffs filed their Consolidated Amended Complaint for Violation of the Federal Securities Laws (the "Complaint"). The Complaint asserted claims against Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a). Among other things, the Complaint alleged that Defendants (i) made or caused to be made a series of materially false and/or misleading statements about the size and functionality of Blink's electric vehicle charging station network (the "Blink Network"); (ii) these material misstatements and/or omissions created an unrealistically positive assessment of Blink and its business, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares; and (iii) Defendants' materially false and/or misleading statements during the Settlement Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at such artificially inflated prices.

13.     On April 20, 2021, Defendants filed their motion to dismiss the Complaint, arguing among other things, that (i) the Complaint failed to adequately allege that the representations about Blink's Network were false or misleading, (ii) Plaintiffs failed to plead particularized facts giving rise to the requisite inference of scienter; and (iii) Plaintiffs failed to adequately plead loss causation. On June 21, 2021, Plaintiffs filed their papers in opposition to the motion to dismiss. On July 21, 2021, Defendants filed their reply papers in further support of their motion to dismiss the Complaint.

3

14.     On April 7, 2022, the Court held an oral argument on Defendants' motion to dismiss. On November 27, 2023, the Court granted in part, and denied in part, Defendants' motion to dismiss the Complaint. While the Court dismissed Plaintiffs' allegations that Defendants materially misrepresented the size of the Blink Network, the Court held that Plaintiffs adequately alleged that Defendants made materially false and misleading statements regarding the functionality of Blink's Network.

15.     After the Court's order, the parties exchanged Rule 26 initial disclosures, and Plaintiffs served a set of document requests on Defendants. Defendants provided written responses to the document requests and produced documents in response to the requests.

16.     On April 3, 2024, Lead Counsel and Defendants' Counsel, participated in a full-day virtual mediation session before Jed Melnick, Esq. In advance of that session, the Parties exchanged, and provided to Mr. Melnick, detailed mediation statements and exhibits, which addressed the issues of liability and damages. The session, and a subsequent mediator's recommendation, resulted in an agreement in principle to settle the Action for $3,750,000 for the benefit of the Settlement Class.

17.     Based on the investigation and mediation of the case and Plaintiffs' direct oversight of the prosecution of this matter and with the advice of their counsel, each of the Plaintiffs has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

18.     Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation. Each of the Defendants denies any wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendants' Releasees (defined in ¶ 27 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

19.     On July 9, 2024, the Court preliminarily approved the Settlement, authorized this Notice to be mailed to potential Settlement Class Members and to be posted online, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

### <u>HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?</u><br><u>WHO IS INCLUDED IN THE SETTLEMENT CLASS?</u>

20.     If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

> all Persons and entities that purchased or otherwise acquired Blink Securities (defined as Blink common stock) between March 6, 2020 and August 19, 2020, inclusive (the "Settlement Class Period"), and were damaged thereby.

Excluded from the Settlement Class are Defendants, the officers and directors of Blink, at all relevant times, members of their Immediate Family and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded are any persons or entities who properly exclude themselves by filing a valid and timely request for exclusion in accordance with the requirements set by the Court. *See* "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself," on page 10 below.

**PLEASE NOTE: RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO A PAYMENT. IF YOU WISH TO BE ELIGIBLE FOR A PAYMENT, YOU MUST SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION ONLINE AT WWW.STRATEGICCLAIMS.NET/BLINK/ OR POSTMARKED NO LATER THAN DECEMBER 4, 2024.**

### <u>WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?</u>

21.     If there were no Settlement, the expense and length of continued proceedings necessary to pursue Plaintiffs' claims against the remaining Defendants through trial and appeals would be substantial. Additionally, if Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants. For example, Defendants assert that their statements were not actionable under the federal securities laws and that Plaintiffs would be unable to prove loss causation. If the litigation continued, Plaintiffs would have faced several obstacles, including—class certification, summary judgment, and trial, and if they prevailed on those, the appeals that were likely to follow. A loss at any stage could have resulted in a recovery far less than the Settlement, or no recovery at all. Thus, there were very significant risks attendant to the continued prosecution of the Action.

**HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION
AND THE SETTLEMENT?**

22.     As a Settlement Class Member, you are represented by Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 11 below.

23.     If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," on page 10 below.

24.     If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 11 below.

25.     If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a final judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and on behalf of any other Person or entity legally entitled to bring Released Plaintiffs' Claims (as defined in ¶ 26 below) on behalf of the respective Settlement Class Member in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim against the Defendants and the other Defendants' Releasees (as defined in ¶ 27 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

26.     "Released Plaintiffs' Claims" means upon final judicial approval of the Settlement, Defendants and Defendants' Releasees shall receive a full, unconditional release from Plaintiffs and all members of the Settlement Class for any and all claims, liabilities, demands, damages, losses, or causes of action, based upon, related to, or arising out of any claims, allegations, representations, omissions, or other matters that are or could have been the subject of the Action, whether known or Unknown Claims (as defined below), relating to the purchase, acquisition, sale, disposition or holding of Blink securities during the Settlement Class Period. "Released Plaintiffs' Claims" do not include claims asserted derivatively on behalf of the Company in *Klein v. Farkas, et al.*, No. 20-19815CA01 (Fla. Cir. Ct.).

27.     "Defendants' Releasees" means all Defendants and any Persons or entities affiliated or connected with any of them, including all of their respective current and former officers, directors, employees, consultants, accountants, attorneys, affiliated persons and entities, sponsors, parents, subsidiaries, beneficiaries, heirs, successors, predecessors, assigns, agents, auditors, immediate family members, general partners, limited partners, principals, shareholders, joint venturers, members, managers, managing directors, supervisors, contractors, experts, financial advisors, professional advisors, investment bankers, representatives, insurers, reinsurers, trustees, trustors, attorneys, legal representatives, professionals, executors, and administrators, and any controlling person thereof, all in their capacities as such.

28.     "Unknown Claims": The Released Claims shall include claims that Plaintiffs and all members of the Settlement Class do not know or suspect to exist at the time of the release, which, if known, might have affected the decision to enter into the release or to object or not to object to the Settlement ("Unknown Claims"). Plaintiffs and members of the Settlement Class shall be deemed to waive, and shall waive and relinquish to the fullest extent permitted by law, any and all provisions, rights, and benefits conferred by any law of the United States or any state or territory of the United States, or principle of common law, which governs or limits a person's release of Unknown Claims; further, with respect to any and all of the Released Claims, including any and all Unknown Claims, that (i) Plaintiffs and members of the Settlement Class shall be deemed to waive, and shall waive and relinquish, to the fullest extent permitted by law, the provisions, rights, and benefits of Section 1542 of the California Civil Code, which provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY;

(ii) Plaintiffs and members of the Settlement Class also shall be deemed to waive any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to California Civil Code § 1542; and (iii) Plaintiffs, on behalf of the Settlement Class, acknowledge that members of the Settlement Class may discover facts in addition to or different from those that they now know or believe to be true with respect to the subject matter of this release, but that it is the intention of Plaintiffs, on behalf of the Settlement Class, to fully,

finally, and forever settle and release with prejudice any and all Released Claims, including any and all Unknown Claims, hereby known or unknown, suspected, or unsuspected, which now exist, or heretofore existed, or may hereafter exist, and without regard to the subsequent discovery or existence of such additional or different facts. Plaintiffs acknowledge, and the Members of the Settlement Class shall be deemed by operation of the entry of a final order and judgment approving the Settlement to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement of which this release is a part.

29.     The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and on behalf of any other person or entity legally entitled to bring Released Defendants' Claims (as defined in ¶ 30 below) on behalf of Defendants in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim against Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 31 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

30.     "Released Defendants' Claims" means upon final judicial approval of the Settlement, Plaintiffs and Plaintiffs' Releasees shall receive a full, unconditional release from Defendants and all members of the Settlement Class for any and all claims, liabilities, demands, damages, losses, or causes of action, based upon, related to, or arising out of any claims, allegations, representations, omissions, or other matters that are or could have been the subject of the Action, whether known or Unknown Claims (as defined above), relating to the purchase, acquisition, sale, disposition or holding of Blink securities during the Settlement Class Period.

31.     "Plaintiffs' Releasees" means (i) Plaintiffs, all other plaintiffs in the Action, their respective attorneys, including Plaintiffs' Counsel, and all other Settlement Class Members, and (ii) each of their respective Immediate Family members, and their respective general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, professional advisors, investment bankers, representatives, insurers, trustees, trustors, agents, attorneys, legal representatives, professionals, predecessors, successors, assigns, heirs, executors, administrators, affiliated persons and entities, sponsors, parents, subsidiaries, beneficiaries, and any controlling person thereof, all in their capacities as such.

## HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?

32.     To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the enclosed Claim Form with adequate supporting documentation **postmarked no later than December 4, 2024**. A Claim Form is also available on the website maintained by the Claims Administrator for the Settlement at www.strategicclaims.net/blink/. The claim form should be mailed to: Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063 or may be submitted online at www.strategicclaims.net/blink/. Please retain all records of your ownership of and transactions in Blink Securities, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

33.     At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

34.     Pursuant to the Settlement, the Settlement Amount of three million seven hundred fifty thousand dollars ($3,750,000) will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees, class representative awards, and litigation expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

35.     The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

36.     Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

37.     Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

38.     Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form online at www.strategicclaims.net/blink or postmarked on or before December 4, 2024 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 26 above) against the Defendants' Releasees (as defined in ¶ 27 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

39.     The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

40.     Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

41.     Only Settlement Class Members will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition, or that exclude themselves from the Settlement Class pursuant to request, will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. Blink Securities are the only securities that are included in the Settlement.

## PROPOSED PLAN OF ALLOCATION

42.     The Plan of Allocation (the "Plan of Allocation" or "Plan") set forth below is the plan for the distribution of the Net Settlement Fund that is being proposed by Plaintiffs and Lead Counsel to the Court for approval. The Court may approve this Plan of Allocation or modify it without additional notice to the Settlement Class. Any order modifying the Plan of Allocation will be posted on the Settlement website at www.strategicclaims.net/blink/.

43.     The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who allegedly suffered economic losses as a proximate result of the alleged wrongdoing. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

44.     Based on the formulas set forth below, a "Recognized Loss Amount" shall be calculated by the Claims Administrator for each purchase or acquisition of Blink Securities during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided.[2]

45.     The calculation of Recognized Loss will depend upon several factors, including when shares of Blink Securities were purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether those shares were sold, and if sold, when they were sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

46.     The Plan of Allocation was created with the assistance of a consulting damages expert retained by Plaintiffs' Counsel and reflects the assumption that the price of Blink Securities was artificially inflated throughout the Settlement Class Period. The estimated alleged per share artificial inflation in the price of Blink Securities during the Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of Blink Securities during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiffs.

47.     The U.S. federal securities laws allow investors to recover for losses caused by disclosures which corrected a public company's previous misleading statements or omissions. Thus, in order to have been damaged by the alleged violations of the federal securities laws, Blink Securities purchased or otherwise acquired during the Settlement Class Period must have been held during a period of time in which its price declined due to the disclosure of information which corrected an allegedly misleading statement or omission. Plaintiffs and Lead Counsel have determined that price declines due to the disclosure of corrective information occurred on August 19, 2020 and August 20, 2020 (the "Corrective Disclosure Dates"). Accordingly, if a share of Blink Securities was sold before August 19, 2020 (the earliest Corrective Disclosure Date) the Recognized Loss for that share is $0.00, and any loss suffered is not compensable under the federal securities laws.

---

[2] During the Settlement Class Period, Blink Charging Co., common stock was listed on the Nasdaq Capital Market exchange under the ticker symbol "BLNK."

| Table 1 | | |
| --- | --- | --- |
| Per Share Artificial Inflation in Blink Securities | | |
| From | To | Per-Share Price Inflation |
| March 6, 2020 | August 18, 2020 | $2.35 |
| August 19, 2020 | August 19, 2020 | $1.54 |
| August 20, 2020 | Thereafter | $0.00 |

48.     The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Blink Securities. The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on Blink Securities purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period. The Recognized Loss on Blink Securities purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

49.     In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions. If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero. Any transactions in Blink Securities executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

## CALCULATION OF RECOGNIZED LOSS AMOUNT

50.     Based on the formula set forth below, a Recognized Loss Amount shall be calculated for each purchase or acquisition of Blink Securities during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided.

i.     For each share of Blink Securities purchased during the Settlement Class Period that was subsequently sold prior to August 19, 2020, the Recognized Loss per share is $0.

ii.     For each share of Blink Securities purchased during the Settlement Class Period that was subsequently sold on August 19, 2020, the Recognized Loss per share is the amount of per-share price inflation on the date of purchase as appears in Table 1 above *minus* the amount of per-share price inflation on the date of sale as appears in Table 1.

iii.     For each share of Blink Securities purchased during the Settlement Class Period that was subsequently sold during the period August 20, 2020 through November 17, 2020, inclusive (i.e., the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:
    a.     the amount of per-share price inflation on the date of purchase as appears in Table 1 above; or
    b.     the purchase price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

iv.     For each share of Blink Securities purchased during the Settlement Class Period and still held as of the close of trading on November 17, 2020, the Recognized Loss per share is *the lesser of*:
    a.     the amount of per-share price inflation on the date of purchase as appears in Table 1 above; or
    b.     the purchase price *minus* the average closing price for Blink Securities during the 90-Day Lookback Period, which is $8.65.

| Table 2 | | | | | |
| --- | --- | --- | --- | --- | --- |
| 90-Day Lookback Value | | | | | |
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 8/20/2020 | $7.94 | 9/21/2020 | $7.13 | 10/20/2020 | $8.34 |
| 8/21/2020 | $7.37 | 9/22/2020 | $7.21 | 10/21/2020 | $8.34 |
| 8/24/2020 | $7.60 | 9/23/2020 | $7.24 | 10/22/2020 | $8.35 |
| 8/25/2020 | $7.64 | 9/24/2020 | $7.25 | 10/23/2020 | $8.35 |
| 8/26/2020 | $7.58 | 9/25/2020 | $7.30 | 10/26/2020 | $8.35 |
| 8/27/2020 | $7.50 | 9/28/2020 | $7.37 | 10/27/2020 | $8.34 |
| 8/28/2020 | $7.47 | 9/29/2020 | $7.46 | 10/28/2020 | $8.32 |
| 8/31/2020 | $7.42 | 9/30/2020 | $7.56 | 10/29/2020 | $8.32 |
| 9/1/2020 | $7.43 | 10/1/2020 | $7.67 | 10/30/2020 | $8.30 |
| 9/2/2020 | $7.42 | 10/2/2020 | $7.77 | 11/2/2020 | $8.30 |

| Table 2 90-Day Lookback Value | | | | | |
|---|---|---|---|---|---|
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 9/3/2020 | $7.36 | 10/5/2020 | $7.87 | 11/3/2020 | $8.32 |
| 9/4/2020 | $7.28 | 10/6/2020 | $7.96 | 11/4/2020 | $8.33 |
| 9/8/2020 | $7.21 | 10/7/2020 | $8.03 | 11/5/2020 | $8.35 |
| 9/9/2020 | $7.17 | 10/8/2020 | $8.08 | 11/6/2020 | $8.38 |
| 9/10/2020 | $7.12 | 10/9/2020 | $8.12 | 11/9/2020 | $8.40 |
| 9/11/2020 | $7.05 | 10/12/2020 | $8.15 | 11/10/2020 | $8.42 |
| 9/14/2020 | $7.03 | 10/13/2020 | $8.18 | 11/11/2020 | $8.45 |
| 9/15/2020 | $7.01 | 10/14/2020 | $8.23 | 11/12/2020 | $8.48 |
| 9/16/2020 | $7.00 | 10/15/2020 | $8.26 | 11/13/2020 | $8.50 |
| 9/17/2020 | $7.03 | 10/16/2020 | $8.29 | 11/16/2020 | $8.56 |
| 9/18/2020 | $7.09 | 10/19/2020 | $8.31 | 11/17/2020 | $8.65 |

### INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

51.     The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible shares that participate in the Settlement, and when those shares were purchased and sold. The number of claimants who send in claims varies widely from case to case.

52.     A purchase or sale of Blink Securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

53.     All purchase and sale prices shall exclude any fees and commissions.

54.     Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired Blink Securities during the Settlement Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer. To the extent that Blink shares were originally purchased prior to commencement of the Settlement Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

55.     Notwithstanding any of the above, receipt of Blink Securities during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of Blink Securities.

56.     The first-in-first-out ("FIFO") basis will be applied to purchases and sales. Sales will be matched in chronological order, by trade date, first against Blink Securities held as of the close of trading on March 5, 2020 (the last day before the Settlement Class Period begins) and then against the purchase of Blink Securities during the Settlement Class Period.

57.     The date of covering a "short sale" is deemed to be the date of purchase of shares. The date of a "short sale" is deemed to be the date of sale of shares. In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a claimant has a short position in Blink Securities, the earliest subsequent Settlement Class Period purchases shall be matched against such short position and not be entitled to a recovery until that short position is fully covered.

58.     With respect to Blink Securities purchased or sold through the exercise of an option, the purchase/sale date of the stock shall be the exercise date of the option and the purchase/sale price of the stock shall be the closing price of Blink Securities on the date of exercise. Any Recognized Loss arising from purchases of Blink Securities acquired during the Settlement Class Period through the exercise of an option on Blink Securities shall be computed as provided for other purchases of Blink Securities in the Plan of Allocation.[3]

59.     Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants. A Recognized Loss will be calculated as defined herein and cannot be less than zero. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

60.     Settlement Class Members who do not submit an acceptable Claim Form, with appropriate supporting documentation, will not share in the Settlement proceeds. The Settlement and the Final Order and Judgment dismissing this Action with prejudice will nevertheless bind Settlement Class Members who do not submit a request for exclusion and/or submit an acceptable Claim Form.

---

[3] The "exercise of an option" as used in this sentence includes: (1) purchases of Blink Securities as the result of the exercise of a call option, and (2) purchases of Blink Securities by the seller of a put option as a result of the buyer of such put option exercising that put option.

61.     Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Claim Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Class Members and the claims-administration process, to decide the issue by submitting a written request.

62.     Defendants, their respective counsel, and all other Released Parties will have no responsibility or liability whatsoever for the processing of Claim Forms, the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Plaintiffs and Lead Counsel, likewise, will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

63.     Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel or the Claims Administrator as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed pursuant to a method approved by the Court.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

64.     Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33.4% of the Settlement Fund plus interest. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $185,000 plus interest. Lead Counsel will also submit an application for an award to Plaintiffs related to their representation of the Settlement Class in an aggregate amount not to exceed $9,000. The Court will determine the amount of any award of attorneys' fees, reimbursement of Litigation Expenses, or award to Plaintiffs. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

65.     Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to Blink Charging Co. Securities Litigation, EXCLUSIONS, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063. The exclusion request must be received no later than October 2, 2024. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Bush v. Blink Charging Co. et al.*, Case No. 20-23527"; (c) identify and state the number of shares of Blink securities that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between March 6, 2020 and August 19, 2020, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above or is otherwise accepted by the Court.

66.     If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

67.     If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

68.     Defendants have the right to terminate the Settlement if valid requests for exclusion are received from members of the Settlement Class in an amount that exceeds an amount agreed to by Plaintiffs and Defendants.

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

69.     **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.**

70.     The Settlement Hearing will be held on October 23, 2024 at 10:00 a.m., before the Honorable Kathleen M. Williams at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. U.S. Courthouse, Courtroom 11-3, 400 North Miami Avenue, Miami, FL 33128, or via Zoom or some other video platform. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, awards to Plaintiffs and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

71.     Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Southern District of Florida at the address set forth below on or before October 2, 2024. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before October 2, 2024**.

| Clerk's Office | Lead Counsel | Defense Counsel |
|---|---|---|
| United States District Court Southern District of Florida Clerk of the Court Wilkie D. Ferguson, Jr. U.S. Courthouse 400 North Miami Avenue Miami, FL 33128 | Pomerantz LLP Brenda Szydlo, Esq. 600 Third Ave., 20th Fl. New York, NY 10016  Hagens Berman Sobol Shapiro LLP Reed Kathrein, Esq. 715 Hearst Ave., Suite 300 Berkeley, CA 94710 | Holland & Knight LLP Stephen P. Warren, Esq. 701 Brickell Ave., Suite 3300 Miami, FL 33131 |

72.     Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of shares of Blink Securities that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between March 6, 2020 and August 19, 2020, inclusive), as well as the dates and prices of each such purchase/acquisition and sale. You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

73.     You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

74.     If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees or reimbursement of Litigation Expenses, and awards to Plaintiffs and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before October 2, 2024**.

75.     You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 71 above so that the notice is *received* **on or October 2, 2024**.

76.     The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

77.     **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

11

**WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?**

78.     If you purchased or otherwise acquired Blink Securities between March 6, 2020 and August 19, 2020, inclusive, for the beneficial interest of Persons or organizations other than yourself as a nominee, you must within SEVEN (7) DAYS of receipt of a letter either: (a) request from the Claims Administrator sufficient copies of this Notice and Claim Form to forward to all such beneficial owners and within SEVEN (7) DAYS of receipt of those Notice and Claim Forms forward them to all such beneficial owners; (b) request from the Claims Administrator a link to the Notice and Claim Form and email the link to all such beneficial owners for whom valid email addresses are available within SEVEN (7) DAYS of receipt of the link from the Claims Administrator; or (c) send a list of the names, mailing addresses, and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, in which event the Claims Administrator shall promptly mail the Notice and Claim Form, or email a link to the Notice and Claim Form, to such beneficial owners. Nominees shall also provide email addresses for all such beneficial owners to the Claims Administrator, to the extent they are available. If you choose to follow procedures (a) or (b), the Court has directed that, upon such mailing or emailing, you send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed.

79.     Upon full and timely compliance with these directions, nominees may seek reimbursement of their reasonable expenses actually incurred, not to exceed (a) $0.03 per name, mailing address and email address (to the extent available) provided to Claims Administrator; (b) $0.03 per email for emailing notice; or (c) $0.03 per Notice and Claim Form, plus postage at the current pre-sort rate used by the Claims Administrator, for mailing the Notice and Claim Form, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. **YOU ARE NOT AUTHORIZED TO PRINT THE NOTICE AND CLAIM FORM YOURSELF. NOTICE AND CLAIM FORMS MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR.**

**CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?**

80.     This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.strategicclaims.net/blink. All inquiries concerning this Notice and the Claim Form should be directed to the Claims Administrator or Lead Counsel for the Plaintiffs at:

| | | |
|---|---|---|
| *Blink Charging Co. Securities Litigation*<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson Street, Suite 205<br>Media, PA 19063<br>866-274-4004<br>www.strategicclaims.net/blink/ | **and/or** | Brenda Szydlo, Esq.<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br><br>Reed R. Kathrein, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>(510) 725-3000 |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: July 9, 2024                                  BY ORDER OF THE COURT
                                                     UNITED STATES DISTRICT COURT
                                                     SOUTHERN DISTRICT OF FLORIDA

*Blink Charging Co. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Toll Free Number: (866) 274-4004
Settlement Website: www.strategicclaims.net/blink/
Email: info@strategicclaims.net

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Settlement Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and either submit it online at www.strategicclaims.net/blink/ or mail it by first-class mail to the above address.  To be eligible, Claim Forms must be **submitted online or postmarked no later than December 4, 2024.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties, or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above**.

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – CLAIMANT INFORMATION** | 14 |
| **PART II – GENERAL INSTRUCTIONS** | 15 |
| **PART III – SCHEDULE OF TRANSACTIONS IN BLINK SECURITIES** | 17 |
| **PART IV – RELEASE OF CLAIMS AND SIGNATURE** | 18 |

13

BLINK

## PART I – CLAIMANT INFORMATION
(Please read General Instructions below before completing this page.)

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.

| | | |
|---|---|---|
| Beneficial Owner's Name | | |
| Co-Beneficial Owner's Name | | |
| Entity Name (if Beneficial owner is not an individual) | | |
| Representative or Custodian Name (if different from Beneficial Owner(s) listed above) | | |
| Address | | |
| City | State | Zip Code |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Account Number (account(s) through which the securities were traded)[4] | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

Claimant Account Type (check appropriate box):
- ☐ Individual (includes joint owner accounts)
- ☐ Corporation
- ☐ IRA/401K
- ☐ Pension Plan
- ☐ Estate
- ☐ Other _____ (please specify)

---

[4] If the account number is unknown, you may leave blank. If the same legal entity traded through more than one account, you may write "multiple." Please see paragraph 11 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

14

BLINK

## <u>PART II – GENERAL INSTRUCTIONS</u>

1.      It is important that you completely read and understand the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the Releases described in the Notice and provided for in this Claim Form.

2.      This Claim Form is directed to all Persons and entities that purchased or otherwise acquired Blink Securities between March 6, 2020 and August 19, 2020, both dates inclusive (the "Settlement Class Period"), and were damaged thereby. All Persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."

3.      Excluded from the Settlement Class are Defendants, the officers and directors of Blink, at all relevant times, members of their Immediate Family and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded are any persons or entities who properly exclude themselves by filing a valid and timely request for exclusion in accordance with the requirements set by the Court.

4.      If you are not a Settlement Class Member do not submit a Claim Form. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.      If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Settlement Class. Thus, if you are a Settlement Class Member, the Judgment will release, and enjoin the filing or continued prosecution of, the Released Plaintiffs' Claims against the Defendants' Releasees.

6.      You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below. If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the Net Settlement Fund.

7.      Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8.      Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable Blink Securities. On the Schedule of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of the applicable Blink Securities, whether such transactions resulted in a profit or a loss. Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.      Please note: Only Blink Securities purchased and/or acquired during the Settlement Class Period are eligible under the Settlement. However, because the law provides for a "90-Day Lookback Period" (described in the Plan of Allocation set forth in the Notice), you must provide documentation related to your purchases and sales of Blink Securities during the period from March 6, 2020 to November 17, 2020, inclusive, in order for the Claims Administrator to calculate your Recognized Loss amount under the Plan of Allocation and process your claim.

10.      You are required to submit genuine and sufficient documentation for all of your transactions and holdings in the Blink Securities set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the Claims Administrator do not independently have information about your investments in Blink Securities. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.

11.      Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should

not combine his or her IRA transactions with transactions made through an account in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

12.     All joint beneficial owners must sign this Claim Form. If you purchased or otherwise acquired Blink Securities during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased or otherwise acquired Blink Securities during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form.

13.     Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:
   a)   expressly state the capacity in which they are acting;
   b)   identify the name, account number, Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Blink Securities; and
   c)   furnish evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14.     By submitting a signed Claim Form, you will be swearing that you:
   a)   own(ed) the Blink Securities you have listed in the Claim Form; or
   b)   are expressly authorized to act on behalf of the owner thereof.

15.     By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16.     If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17.     **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

18.     If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator at Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, or by email at info@strategicclaims.net, or by toll-free phone at (866) 274-4004, or you may download the documents from the Settlement website, www.strategicclaims.net/blink/.

19.     NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. (This is different than the online claim portal on the Settlement website.)  If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form for each Settlement Class Member, as well as proof of authority to file (see Part II – General Instructions paragraph 13), along with the electronic spreadsheet format. Claims should be combined on a legal entity basis, where applicable. Sub-accounts should be rolled up into a parent account if the sub-accounts contain the same tax identification number. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

20.     NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/blink/. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a

BLINK

Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT 866-274-4004.**

### PART III – SCHEDULE OF TRANSACTIONS IN BLINK SECURITIES

Complete this Part III if and only if you purchased or otherwise acquired Blink securities between March 6, 2020 and August 19, 2020, both dates inclusive. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, paragraph 10, above. Do not include information in this section regarding securities other than Blink Securities.

**Beginning Holdings:**

A.  State the total number of shares of Blink Securities held at the close of trading on March 5, 2020 (*must be documented*).  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Blink Securities between March 6, 2020 through August 19, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Purchases/Acquisitions During the 90-Day Lookback Period**:

C.  State the total number of shares of Blink Securities purchased/acquired from after the opening of trading on August 20, 2020, through and including the close of trading on November 17, 2020. If none, write "zero" or "0."

**Sales:**

D.  Separately list each and every sale of Blink Securities between March 6, 2020 through November 17, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

E.  State the total number of shares of Blink Securities held at the close of trading on November 17, 2020 (*must be documented*). If none, write "zero" or "0."

**IF ADDITIONAL SPACE IS NEEDED, ATTACH SEPARATE NUMBERED SHEETS, GIVING ALL REQUIRED INFORMATION, SUBSTANTIALLY IN THE SAME FORMAT, AND PRINT YOUR NAME AND SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER AT THE TOP OF EACH SHEET.**

BLINK

**PART IV – RELEASE OF CLAIMS AND SIGNATURE**

*YOU MUST READ THE RELEASE AND CERTIFICATION BELOW*
*AND SIGN ON PAGE 18 OF THIS CLAIM FORM*

I (we) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation and Agreement of Settlement dated June 28, 2024("Stipulation"), I (we), on behalf of myself (ourselves) and my (our) respective heirs, predecessors, successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim (as defined in the Stipulation and in the Notice) against the Defendants and the other Defendants' Releasees (as defined in the Stipulation and in the Notice), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

**CERTIFICATION**

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), that:

1.      I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2.      The Claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice and in paragraph 2 on page 15 of this Claim Form, and is (are) not excluded from the Settlement Class by definition or pursuant to request as set forth in the Notice and in paragraph 3 on page 15 of this Claim Form;

3.      I (we) own(ed) the Blink Securities identified in the Claim Form and have not assigned the claim against the Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      The Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of Blink Securities, and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

5.      The Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6.      I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

7.      The Claimant(s) waive(s) the right to trial by jury and agree(s) to the Court's summary disposition of the determination of the validity and amount of the claim made by means of this Claim Form and knowingly and intentionally waive(s) any right of appeal to any court including the U.S. Court of Appeals for the Eleventh Circuit;

8.      I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

9.      The Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he, she, or it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of Claimant                                                                                                    Date

_____
Print your name here

_____
Signature of joint Claimant, if any                                                                                Date

_____
Print your name here

_____
CAPACITY OF PERSON SIGNING ON BEHALF OF CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, ETC. (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF CLAIMANT – SEE PARAGRAPH 13 ON PAGE 16 OF THIS CLAIM FORM.)

18

BLINK

### REMINDER CHECKLIST:

1.      Please sign the above release and certification. If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2.      Remember to attach only copies of acceptable supporting documentation as these documents will not be returned to you.

3.      Please do not highlight any portion of the Claim Form or any supporting documents.

4.      Do not send original security certificates or documentation. These items cannot be returned to you by the Claims Administrator.

5.      Keep copies of the completed Claim Form and documentation for your records.

6.      The Claims Administrator will acknowledge receipt of your Claim Form by mail within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 866-274-4004.**

7.      If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address. If you change your name, please inform the Claims Administrator.

8.      If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@strategicclaims.net, or toll-free at 866-274-4004 or visit www.strategicclaims.net/blink/. Please DO NOT call Blink or any of the other Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN DECEMBER 4, 2024**, ADDRESSED AS FOLLOWS:

*Blink Charging Co. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

**OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/BLINK/ ON OR BEFORE DECEMBER 4, 2024**.

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before December 4, 2024 is indicated on the envelope and it is mailed First Class and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

*Blink Charging Co. Securities Litigation*
c/o Strategic Claims Services
600 N.  Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

July 19, 2024

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS OR ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED BLINK CHARGING Co. ("BLINK") SECURITIES, DURING THE PERIOD BETWEEN MARCH 6, 2020 AND AUGUST 19, 2020, INCLUSIVE.

Excluded from the Settlement Class are Defendants, the officers and directors of Blink, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or hand a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Blink Charging Co. Securities Litigation*<br>No. 20-23527-civ-WIILLIAMS/TORRES<br>Objection Deadline: October 2, 2024<br>Exclusion Deadline: October 2, 2024<br>Settlement Hearing: October 23, 2024<br>Claim Filing Deadline: December 4, 2024 | Cusip Numbers: 14074Y206 and 09354A100<br>Ticker Symbol: NASDAQ: BLNK |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 7 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

**Please comply in one of the following ways:**
1.  If you have no beneficial purchasers/owners, please so advise us in writing; or
2.  **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will email the link to the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Claim Form") or mail the Notice and Claim Form. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3.  Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample Notice and Claim Forms to do the mailing. After the receipt of the Notice and Claim Forms, you have seven (7) calendar days to mail them; or
4.  Request the link to the Notice and Claim Form and email the link to each of your beneficial purchasers/owners within seven (7) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
*   **$0.03 per Notice and Claim Form link emailed,** OR
*   **$0.03 per name, address and email address** if you are providing us the records, OR
*   **$0.03 per Notice and Claim Form, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Notice and Claim Form and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Notice and Claim Form and other important case-related documents are available on our website at www.strategicclaims.net/blink/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
*Blink Charging Co. Securities Litigation*



---

**PR Newswire: Press Release Distribution Confirmation for Pomerantz LLP and Hagens Berman Sobol Shapiro LLP. ID#4210322-1-4**
1 message

---

**phhubs@prnewswire.com** <phhubs@prnewswire.com>                                         Fri, Jul 19, 2024 at 11:18 AM
To: jbravata@strategicclaims.net

Hello

Your press release was successfully distributed at: 19-Jul-2024 11:18:00 AM ET

Release headline: Pomerantz LLP and Hagens Berman Sobol Shapiro LLP Announce Proposed Class Action Settlement on Behalf of Purchasers of Blink Charging Company Securities - BLNK
Word Count: 970
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4210322-1-4

View your release:* https://www.prnewswire.com/news-releases/pomerantz-llp-and-hagens-berman-sobol-shapiro-llp-announce-proposed-class-action-settlement-on-behalf-of-purchasers-of-blink-charging-company-securities---blnk-302201656.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.prnewswire.com/resources/white-papers/definitive-guide-engaging-press-release/?utm_medium=email&utm_source=iris&utm_content=content&utm_campaign=2024-prn-distro-confirmation

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.c om/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.

# Pomerantz LLP and Hagens Berman Sobol Shapiro LLP Announce Proposed Class Action Settlement on Behalf of Purchasers of Blink Charging Company Securities - BLNK

NEWS PROVIDED BY
**Pomerantz LLP and Hagens Berman Sobol Shapiro LLP** ➞
Jul 19, 2024, 11:17 ET

MIAMI, Aug. 19, 2024 /PRNewswire/ -- Pomerantz LLP and Hagens Berman Sobol Shapiro LLP announce that the United States District Court for the Southern District of Florida-Miami Division has approved the following announcement of a proposed class action settlement that would benefit purchasers of Blink Charging Company securities (NASDAQ: **BLNK**):

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,
Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,
Defendants.

**SUMMARY NOTICE**

**TO: All persons and entities that purchased or otherwise acquired Blink Charging Company securities between March 6, 2020 and August 19, 2020, inclusive, and were damaged thereby[1] (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Florida, that a hearing will be held on October 23, 2024 at 10:00 a.m., before the Honorable Kathleen M. Williams at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. U.S. Courthouse, Courtroom 11-3, 400 North Miami Avenue, Miami, FL 33128, or via Zoom or some other video platform, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $3,750,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (3) whether the application of Lead Counsel for an award of attorneys' fees and Litigation Expenses, including interest earned thereon, and awards to Plaintiffs, from the Settlement Fund, should be approved.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Pomerantz LLP and Hagens Berman Sobol Shapiro LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Blink Charging Co. securities between March 6, 2020 and August 19, 2020, both dates inclusive, your rights may be affected by this Settlement. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, **www.strategicclaims.net/blink/** ("Settlement Website"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, 1-866-274-4004.

If you are a member of the Settlement Class, you must submit a Claim Form *postmarked* to the Claims Administrator, or online at the Settlement Website, no later than December 4, 2024 in order to be eligible to receive a payment under the proposed Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than October 2, 2024 by the Claims Administrator, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than October 2, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Blink Charging Co. or any of the other Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

**POMERANTZ LLP**
Brenda Szydlo, Esq.
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
**bszydlo@pomlaw.com**

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed Kathrein, Esq.
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
510-725-3000
**reed@hbsslaw.com**

Requests for the Notice and Claim Form should be made to:

*Blink Charging Co. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205

Media, PA 19063

866-274-4004

**www.strategicclaims.net/blink/**

Dated: July 9, 2024

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2024 (the "Stipulation"), which is available at **www.strategicclaims.net/blink/**.

SOURCE Pomerantz LLP and Hagens Berman Sobol Shapiro LLP

## AFFIDAVIT

**STATE OF NEW JERSEY**                                    )
                                                           ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

AUG-19-2024;

ADVERTISER: BLINK CHARGING COMPANY;

and that the foregoing statements are true and correct to the best of my knowledge.



Sworn to before me this
30  day of  October 2023



_____
Notary Public



Case 1:20-cv-23527... Document 99-2 ... Entered on FLSD Docket 09/1...

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. CROCE, Individually and on Behalf of All Others Similarly Situated,
Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,
Defendants.

—————————————————————————————————/

### SUMMARY NOTICE

**TO: All persons and entities that purchased or otherwise acquired Blink Charging Company securities between March 6, 2020 and August 19, 2020, inclusive, and were damaged thereby[1] (the "Settlement Class"):**

#### PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY
#### A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Florida, that a hearing will be held on October 23, 2024 at 10:00 a.m., before the Honorable Kathleen M. Williams at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. U.S. Courthouse, Courtroom 11-3, 400 North Miami Avenue, Miami, FL 33128, or via Zoom or some other video platform, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $3,750,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (3) whether the application of Lead Counsel for an award of attorneys' fees and Litigation Expenses, including interest earned thereon, and awards to Plaintiffs, from the Settlement Fund, should be approved.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Pomerantz LLP and Hagens Berman Sobol Shapiro LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Blink Charging Co. securities between March 6, 2020 and August 19, 2020, both dates inclusive, your rights may be affected by this Settlement. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net/blink/ ("Settlement Website"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, 1-866-274-4004.

If you are a member of the Settlement Class, you must submit a Claim Form *postmarked* to the Claims Administrator, or online at the Settlement Website, no later than December 4, 2024 in order to be eligible to receive a payment under the proposed Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than October 2, 2024 by the Claims Administrator, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than October 2, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Blink Charging Co. or any of the other Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| **POMERANTZ LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
|---|---|
| Brenda Szydlo, Esq. | Reed Kathrein, Esq. |
| 600 Third Avenue, 20th Floor, New York, NY 10016 | 715 Hearst Avenue, Suite 300, Berkeley, CA 94710 |
| 212-661-1100 | 510-725-3000 |
| bszydlo@pomlaw.com | reed@hbsslaw.com |

Requests for the Notice and Claim Form should be made to:

*Blink Charging Co. Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205, Media, PA 19063
866-274-4004
www.strategicclaims.net/blink/

Dated: July 9, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2024 (the "Stipulation"), which is available at www.strategicclaims.net/blink/.

**B14** WEEK OF AUGUST 19, 2024  ·  **IPO LEADERS**  ·  INVESTORS.COM



IBD scans for new issues that have been trading less than three years. They must have a record of strong recent earnings and sales growth as well as sponsorship among top-rated mutual funds.

## IPO ANALYSIS

# More Investors Believe In Credo

**BY SCOTT LEHTONEN**
INVESTOR'S BUSINESS DAILY

AI play Credo (**CRDO**) staged a bullish rebound this past week.

Credo's products speed up communications among racks of computer servers and storage devices packed into data centers. Among its products are active electrical cables. These cables connect computer servers to networking equipment such as switches or routers.

On May 29, Credo topped expectations for its fiscal fourth quarter. Earnings of 7 cents per share improved from a loss of four cents last year. Revenue leapt 89% to $60.8 million and narrowly beat Wall Street forecasts of $60.7 million.

"In Q4 (of fiscal 2024), we estimate that AI revenue was approximately three quarters of total revenue, up dramatically from the prior year," Chief Financial Officer Dan Fleming said on the earnings call. "As we move forward through fiscal year 2025, we expect sequential growth to accelerate in the second half of the year."

Credo will report fiscal Q1 results on Sept. 4. Analysts expect earnings of four cents per share on revenue of $59.5 million.

Credo has a weak 54 EPS Rating because it lacks a long-term track record of profitability. But big future earnings growth is anticipated. For the full fiscal year, Credo earnings are expected to surge 303% to 36 cents per share, with an expected rise of 104% in fiscal year 2026, according to FactSet.

Following a bullish rebound over the last two weeks, Credo stock is back above its key 50-day line. Shares are set to finish with a weekly gain of around 10%. The stock is building the right side of a new base, but it's a little too soon for a proper buy point, according to IBD MarketSurge analysis.

The retake of the 50-day line is a bullish sign. Ideally, the stock will settle down and quietly finish forming a new base. If it shoots up to new highs, then the latest pattern will look V-shaped and that's not ideal.

## REITs









## Don't have 8 hours a day to day-trade? Swing trading is a better alternative.

**SWING Trader** BY INVESTOR'S BUSINESS DAILY

See how SwingTrader makes it simpler and faster to grow your portfolio.

Take advantage of short-term moves in stocks with swing trade ideas handpicked by IBD's market experts, plus full trading plans and buy/sell alerts for each stock.

Join today and get your first 5 weeks for only $50.

**1.800.831.2525**
**investors.com/Swing1**

SCAN FOR MORE DETAILS

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and On Behalf of All Others Similarly Situated,
Plaintiff,
v.
BLINK CHARGING COMPANY, MICHAEL D. FARKAS, and MICHAEL P. RAMA,
Defendants.

**SUMMARY NOTICE**

**TO:** All persons and entities that purchased or otherwise acquired Blink Charging Company securities between March 6, 2020 and August 19, 2020, inclusive, and were damaged thereby[1] (the "Settlement Class"):

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Florida, that a hearing will be held on October 23, 2024 at 10:00 a.m., before the Honorable Kathleen M. Williams at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. U.S. Courthouse, Courtroom 11-3, 400 North Miami Avenue, Miami, FL 33128, or via Zoom or some other video platform, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $3,750,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (3) whether the application of Lead Counsel for an award of attorneys' fees and Litigation Expenses, including interest earned thereon, and awards to Plaintiffs, from the Settlement Fund, should be approved.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Pomerantz LLP and Hagens Berman Sobol Shapiro LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Blink Charging Co. securities between March 6, 2020 and August 19, 2020, both dates inclusive, your rights may be affected by this Settlement. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net/blink/ ("Settlement Website"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, 1-866-274-4004.

If you are a member of the Settlement Class, you must submit a Claim Form postmarked to the Claims Administrator, or online at the Settlement Website, no later than December 4, 2024 in order to be eligible to receive a payment under the proposed Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than October 2, 2024 by the Claims Administrator, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than October 2, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Blink Charging Co. or any of the other Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.** Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP
Brenda Szydlo, Esq.
600 Third Avenue, 20th Floor, New York, NY 10016
212-661-1100
bszydlo@pomlaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed Kathrein, Esq.
715 Hearst Avenue, Suite 300, Berkeley, CA 94710
510-725-3000
reed@hbsslaw.com

Requests for the Notice and Claim Form should be made to:

Blink Charging Co. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205, Media, PA 19063
866-274-4004
www.strategicclaims.net/blink/

Dated: July 9, 2024
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

[1]  All capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2024 (the "Stipulation"), which is available at www.strategicclaims.net/blink/.

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

©2024 Investor's Business Daily, LLC. All rights reserved.

 Gmail

Josephine Bravata <jbravata@strategicclaims.net>

## PR Newswire: Press Release Distribution Confirmation for Pomerantz LLP and Hagens Berman Sobol Shapiro LLP. ID#4210322-1-5

1 message

**phhubs@prnewswire.com** <phhubs@prnewswire.com>                                                        Mon, Aug 19, 2024 at 9:00 AM
To: jbravata@strategicclaims.net

Hello

Your press release was successfully distributed at: 19-Aug-2024 09:00:00 AM ET

Release headline: Pomerantz LLP and Hagens Berman Sobol Shapiro LLP Announce Proposed Class Action Settlement on Behalf of Purchasers of Blink Charging Company Securities - BLNK
Word Count: 970
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4210322-1-5

View your release:* https://www.prnewswire.com/news-releases/pomerantz-llp-and-hagens-berman-sobol-shapiro-llp-announce-proposed-class-action-settlement-on-behalf-of-purchasers-of-blink-charging-company-securities---blnk-302201656.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.prnewswire.com/resources/white-papers/definitive-guide-engaging-press-release/?utm_medium=email&utm_source=iris&utm_content=content&utm_campaign=2024-prn-distro-confirmation

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.c om/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.

# Pomerantz LLP and Hagens Berman Sobol Shapiro LLP Announce Proposed Class Action Settlement on Behalf of Purchasers of Blink Charging Company Securities - BLNK

---

NEWS PROVIDED BY

**Pomerantz LLP and Hagens Berman Sobol Shapiro LLP** ➞
Aug 19, 2024, 09:00 ET

---

MIAMI, Aug. 19, 2024 /PRNewswire/ -- Pomerantz LLP and Hagens Berman Sobol Shapiro LLP announce that the United States District Court for the Southern District of Florida-Miami Division has approved the following announcement of a proposed class action settlement that would benefit purchasers of Blink Charging Company securities (NASDAQ: **BLNK**):

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,
Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,
Defendants.

**SUMMARY NOTICE**

**TO: All persons and entities that purchased or otherwise acquired Blink Charging Company securities between March 6, 2020 and August 19, 2020, inclusive, and were damaged thereby[1] (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of Florida, that a hearing will be held on October 23, 2024 at 10:00 a.m., before the Honorable Kathleen M. Williams at the United States District Court for the Southern District of Florida, Wilkie D. Ferguson, Jr. U.S. Courthouse, Courtroom 11-3, 400 North Miami Avenue, Miami, FL 33128, or via Zoom or some other video platform, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $3,750,000 in cash should be approved by

the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (3) whether the application of Lead Counsel for an award of attorneys' fees and Litigation Expenses, including interest earned thereon, and awards to Plaintiffs, from the Settlement Fund, should be approved.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Pomerantz LLP and Hagens Berman Sobol Shapiro LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Blink Charging Co. securities between March 6, 2020 and August 19, 2020, both dates inclusive, your rights may be affected by this Settlement. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, **www.strategicclaims.net/blink/** ("Settlement Website"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Blink Charging Co. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, 1-866-274-4004.

If you are a member of the Settlement Class, you must submit a Claim Form *postmarked* to the Claims Administrator, or online at the Settlement Website, no later than December 4, 2024 in order to be eligible to receive a payment under the proposed Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than October 2, 2024 by the Claims Administrator, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and awards to Plaintiffs, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than October 2, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Blink Charging Co. or any of the other Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

**POMERANTZ LLP**
Brenda Szydlo, Esq.
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
**bszydlo@pomlaw.com**

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed Kathrein, Esq.
715 Hearst Avenue, Suite 300

Berkeley, CA 94710

510-725-3000

**reed@hbsslaw.com**

Requests for the Notice and Claim Form should be made to:

*Blink Charging Co. Securities Litigation*

c/o Strategic Claims Services

P.O. Box 230

600 N. Jackson Street, Suite 205

Media, PA 19063

866-274-4004

**www.strategicclaims.net/blink/**

Dated: July 9, 2024

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated June 28, 2024 (the "Stipulation"), which is available at **www.strategicclaims.net/blink/**.

SOURCE Pomerantz LLP and Hagens Berman Sobol Shapiro LLP