**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 20-23527-civ-WILLIAMS/TORRES

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

     Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

     Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES

Defendants Blink Charging Company, Michael D. Farkas, and Michael P. Rama (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 23(e), hereby submit their response to Lead Plaintiffs Tianyou Wu, Alexander Yu, and H. Marc Joseph's (collectively, "Plaintiffs") 1) Motion for Final Approval of Class Action Settlement and Plan of Allocation ("Final Approval Motion") (ECF No. 98), and 2) Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Awards to Plaintiffs ("Attorney's Fees Motion", together with the Final Approval Motion, the "Motions") (ECF No. 99), and state:

1. In April 2024, Plaintiffs and Defendants (the "Parties") reached an agreement in principle to settle all claims in this action and filed a Joint Notice of Settlement (ECF No. 85).

2. In July 2024, Plaintiffs filed an Unopposed Motion for: (1) Preliminary Approval of the Class Action Settlement; (2) Certification of the Settlement Class; and (3) Approval of Notice to the Settlement Class (ECF No. 94), which included the Parties' Stipulation and Agreement of Settlement ("Settlement") (ECF No. 94-2).

3.      Later that month, the Court issued an Order preliminarily approving the Settlement, *inter alia*, and setting a final settlement hearing for October 23, 2024 (ECF No. 95).[1]

4.      In September 2024, Plaintiffs filed the Motions (ECF Nos. 98-99, respectively).

5.      In October 2024, Plaintiffs filed a Reply Memorandum in further support of the Motions (ECF No. 102).

6.      Defendants support the Settlement and Plaintiffs' Final Approval Motion and do not object to certification of the Settlement Class for settlement purposes only.[2]  Defendants agree that the Settlement was reached through arms-length negotiations and reflects a fair, reasonable, and adequate resolution of all claims in this action.

7.      Defendants take no position on Plaintiffs' Attorney's Fees Motion, which is subject to the Court's discretion to determine the appropriate amount of attorney's fees, expenses, and any compensatory awards to Plaintiffs.

Dated:  October 16, 2024                    Respectfully submitted,

                                            **HOLLAND & KNIGHT LLP**

                                            **By**: */s/ Allison Kernisky*
                                            Tracy A. Nichols (FBN 454567)
                                            Stephen P. Warren (FBN 788171)
                                            Allison Kernisky (FBN 41160)
                                            701 Brickell Avenue, Suite 3300
                                            Miami, FL 33131
                                            Telephone: (305) 374-8500
                                            *tracy.nichols@hklaw.com*
                                            *stephen.warren@hklaw.com*
                                            *allison.kernisky@hklaw.com*

                                            *Counsel for Defendants Blink Charging Company, Michael D. Farkas, and Michael P. Rama*

---

[1] In an October 2024 paperless Order, the Court reset the final settlement hearing for October 21, 2024 at 10:00 a.m. (ECF No. 102).

[2] Defendants reserve their rights to challenge class certification should the settlement not become final.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 16, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>*/s/ Allison Kernisky*</u>
Allison Kernisky