**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-23527-CV-WILLIAMS**

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

    Defendants.

_____/

## ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND

**THIS MATTER** is before the Court following the October 21, 2024 Class Action Settlement Hearing (the "***Settlement Hearing***") on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (DE 98) ("***Motion***"). Upon review of the Motion, and for the reasons discussed on the record at the Settlement Hearing, it is **ORDERED AND ADJUDGED** as follows:

    1.    This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated June 28, 2024 (the "***Stipulation***") (DE 94-2) and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

    2.    The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all Parties to the Action, including all Settlement Class Members.

3. Notice of Plaintiffs' motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §§ 77z-1(a)(7), 78u-4(a)(7)), due process, and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. The Notice, which included the Plan of Allocation, was available to potential Settlement Class Members and nominees on the settlement website (www.strategicclaims.net/blink), and no objections to the proposed plan were submitted.

5. The Court finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6. The Court finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class.

7. Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (DE 98) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 21st day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE