UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-23527-CV-WILLIAMS

RICHARD M. BUSH, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BLINK CHARGING COMPANY, MICHAEL
D. FARKAS, and MICHAEL P. RAMA,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the October 21, 2024 Class Action Settlement Hearing (the "***Settlement Hearing***") and the Court's Final Approval Order (DE 106) granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (DE 98). For the reasons discussed on the record at the Settlement Hearing and in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** that the Court enters final judgment under the terms set forth in the Final Approval Order.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 21st day of October, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE